# ORIGINAL

1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DARREN J. ROBBINS (168593)
   DAVID C. WALTON (167268)
3  CATHERINE J. KOWALEWSKI (216665)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   darrenr@csgrr.com
6  davew@csgrr.com
   katek@csgrr.com
7
   Attorneys for Plaintiff
8

FILED

07 NOV 29  PM 11: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CA

BY: _____ KM _____ DEPUTY

9               UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated, | ) ) ) No. '07 CV  2256 DMS CAB |
| 12                   Plaintiff, | ) ) CLASS ACTION |
| 13  vs. | ) ) COMPLAINT FOR VIOLATION OF THE ) FEDERAL SECURITIES LAWS |
| 14  LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. | ) ) |
| 15  RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA, | ) ) |
| 16                   Defendants. | ) ) |
| 17 | ) DEMAND FOR JURY TRIAL |

18

19

20

21

22

23

24

25

26

27

28

# INTRODUCTION

1.    This is a securities class action on behalf of all persons who purchased or otherwise acquired the common stock of Leap Wireless International, Inc. ("Leap" or the "Company") between January 7, 2005 and November 8, 2007 (the "Class Period"), against Leap and certain of its officers and/or directors for violations of the Securities Exchange Act of 1934 ("1934 Act").

2.    Leap is a wireless communications carrier that offers digital wireless service under the Cricket Communications, Inc. ("Cricket") and Jump Mobile brands in the United States. Leap is headquartered in San Diego, California.

3.    During the Class Period, defendants issued materially false and misleading statements regarding the Company's business and prospects. As a result of defendants' false statements, Leap stock traded at artificially inflated prices during the Class Period, reaching its all-time high of $98.33 per share in July 2007.

4.    On August 7, 2007, the Company issued a press release entitled "Leap Reports Second Quarter 2007 Adjusted OIBDA of $115 Million, Up 48% Compared to Prior Year Quarter, New Markets in Aggregate Begin Contributing Positively to Adjusted OIBDA; Company Reports 127,000 Net Customer Additions, More Than Double Net Additions from Second Quarter 2006." The press release stated in part:

> Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the second quarter 2007. The company reported service revenues of $350.2 million, a 52 percent increase over the prior-year quarter, driven by a 45 percent growth in weighted-average customers and a five percent rise in average revenue per user (ARPU). In the second quarter, the company posted adjusted operating income before depreciation and amortization (OIBDA) of $115.2 million, up $34.2 million from the first quarter of 2007 and up $37.5 million from the comparable period of the prior year. Operating income for the quarter was $36.9 million compared to $16.5 million for the second quarter of 2006.
>
> "In the second quarter, we continued to experience attractive customer growth over the prior year period, including 115,000 net customer additions in the new markets launched in 2006 and 2007. With the addition of 12,000 new customers in existing markets during the quarter, net customer additions increased approximately 60 percent over the prior year quarter and approximately 30 percent during the first half of the year as compared to the prior year period, in each case after adjusting for the sale of our Toledo and Sandusky, Ohio markets in 2006," said Doug Hutcheson, Leap's chief executive officer and president. "During the quarter, we saw strong acceptance of our new higher-value service plans from both new and existing customers, resulting in ARPU of $45.13. As a result of the success we have

seen with the uptake of our new service plans, we expect to see continued upward pressure on ARPU over the coming quarters, subject to normal seasonal fluctuations. Second quarter ARPU declined from the first quarter of 2007 due to our typical seasonal rhythms and customer deactivations associated with the increase in less-tenured customers from our market launch successes."

*       *       *

Adjusted OIBDA of $115.2 million for the second quarter benefited from a higher weighted-average number of customers, increased ARPU and improved operating expense leverage. In addition, adjusted OIBDA was aided by approximately $3 million of contribution from new markets, which include nearly 20 million new covered POPs launched in 2006 and three million additional covered POPs launched in the second quarter. During the quarter, as a result of amendments to several agreements, we reduced our liability for the removal of equipment at certain cell sites at the end of the lease term. This change resulted in a reduction of approximately $6 million in cost of service. The company had net income of $3.2 million in the second quarter, compared to net income of $7.5 million for the corresponding quarter of the prior year. The increase in operating income was more than offset by increases in interest and income tax expenses. Capital expenditures during the second quarter of 2007 were approximately $106 million, relating primarily to the company's continued investment in the existing business, new market development and network upgrades.

As of June 30, 2007, total unrestricted cash, cash equivalents and short-term investments were $684.8 million. These amounts increased by $355.6 million from the first quarter of 2007 due primarily to a private offering of senior notes in June that yielded approximately $371 million in proceeds.

Said Amin Khalifa, executive vice president and chief financial officer, "The markets we launched since the beginning of 2006 have now turned, in the aggregate, adjusted OIBDA positive, contributing to significant growth over the first quarter of 2007 and the prior year quarter. Our existing markets, defined as those in operation at the end of 2005, delivered 18 percent adjusted OIBDA growth over the prior year quarter due to net customer additions, higher ARPU, and operating expense leverage. In the second quarter, we launched new markets in Charleston, Rochester and Raleigh, adding nearly three million new covered POPs to our service, which brings our total covered POPs to approximately 51 million."

Continued Khalifa, "During the quarter, customer churn was 4.3 percent, up 0.7 percentage points from the prior year quarter. We estimate that approximately 0.4 percentage points of this increase are attributable to a year-over-year increase in the number of customers who upgraded their handsets by deactivating their existing line of service and then activating a new line of service. The remaining increase in customer churn is attributed to an approximately 20% decrease in average customer tenure over the prior year quarter, a by-product of our success in adding customers in our newly-launched markets, since less-tenured customers are more susceptible to churn.

"Our focus for 2007 is to optimize our current business and to take the initial steps for another round of expansion that will begin in earnest in 2008. In support of these efforts, we raised approximately $371 million in proceeds during the quarter through a private placement of senior notes at an effective interest rate of approximately eight percent. As a result of recent positive revisions to the company's

credit ratings, the interest rate on our approximately $900 million term loan was reduced in the second quarter by 25 basis points to LIBOR plus 2.0%."

Additional Market and Business Developments

During the second quarter, Leap:

- Announced enhancements to service plans, including free unlimited text, picture and instant messaging in all plans, and introduced new higher-value $55 and $60 service plans that include nationwide roaming minutes.

- Introduced a popular Ringback tone feature and Cricket by Week service plan, which features unlimited wireless service on a week-to-week payment basis.

Third Quarter and Fiscal Year 2007 Business Outlook

Said Hutcheson, "We have demonstrated our ability to grow customers, revenue and ARPU in a very competitive environment and absorb impacts associated with the macroeconomic environment. As we outlined during our Leap Analyst Day in June, our current focus is to increase customer penetration through distinctive service plans, enhanced coverage in our markets, development of new markets and introduction of higher-speed data services, all while maintaining relentless attention to our cost leadership position.

"Due to high net customer additions we realized in the third quarter of 2006 as a result of new market launches, we expect third quarter 2007 net additions to be lower than the prior year quarter. As a result of the recent addition of less-tenured customers in our newly-launched markets, we expect to continue to see additional near-term pressure on churn, and our experience in our more established markets indicates that churn rates should improve as the newly-launched markets mature. We expect adjusted OIBDA in the third quarter to be approximately double the prior year quarter, before the effects of our major new initiatives."

Continued Hutcheson, "Over the last quarter, the company has further developed its plans with respect to our planned coverage expansion and higher-speed data services. In addition, we have more information about the government's spectrum clearing activities and have been able to refine our Auction #66 build-out plans. We are confident that these opportunities will create significant value and we will continue our disciplined approach to strengthen our business."

With the completion of the new market launches and aggregate adjusted OIBDA contributions from these markets, the company's outlook now combines the expected performance of our new and existing markets. In addition, we will begin reporting separately the results of the major new initiatives we are developing, similar to our prior reporting on the effects of the Auction #58 markets. These major new initiatives include our planned coverage expansion, Auction #66 market development and higher-speed data services.

*     *     *

- 3 -

The Company's updated outlook for fiscal year 2007

- As a result of ongoing expansion of market footprints, the company expects to cover up to an additional two million POPS by the end of 2007, bringing total covered POPs to approximately 53 million.

- Adjusted OIBDA is expected to be between $430 million and $460 million, which does not include approximately $25 to $35 million of negative adjusted OIBDA that we expect to incur to support our major new initiatives.

- Capital expenditures are expected to be $280 million to $320 million for the existing business, the costs associated with our launched markets to date, and the EVDO network upgrade, including capitalized interest costs. In addition, the company expects to invest approximately $200 million to $250 million in capital expenditures to support our major new initiatives, including capitalized interest costs.

The Company's outlook for fiscal year 2008

- With the planned coverage expansion and launches of Auction #66 markets, the company expects to cover up to an additional 20 to 28 million POPS by the end of 2008, bringing total covered POPs to between approximately 73 to 81 million by 2008 year end.

- Adjusted OIBDA for fiscal year 2008 is expected to be between $550 million and $650 million, which includes the effects of negative adjusted OIBDA that we expect to incur with respect to our planned coverage expansion, initial launches of Auction #66 markets and costs associated with initial higher-speed data service trials.

- Capital expenditures are expected to be $650 million to $850 million, which include the investments we expect to make for planned coverage expansion, initial launches of Auction #66 markets and initial higher-speed data services trials and exclude capitalized interest costs

5.     Upon this partial disclosure on August 8, 2007, Leap's stock collapsed $20.36 per share to close at $60.00 per share, a one-day decline of 25% on volume of 12.3 million shares, 15 times the average three-month volume.

6.     Then, on November 9, 2007, before the market opened, the Company issued a press release entitled "Leap Announces Restatement of Prior Period Results; Company Also Releases Preliminary Financial Results for the Third Quarter and Business Outlook for Fourth Quarter of 2007." The release stated in part:

-4-

Leap Wireless International, Inc. today announced that it will restate its financial statements for fiscal years 2004, 2005 and 2006 and for the first and second quarters of 2007 to correct for errors in previously reported service revenues, equipment revenues, and operating expenses. Over these periods, the restatements are expected to result in a net cumulative reduction of approximately $20 million in service revenues and approximately $20 million in operating income. The estimated effect of these errors on the Company's prior period results for service revenues and operating income is set forth below. Changes in net income (loss) will be determined following the Company's completion of its tax expense calculations for these periods. As a result of the pending restatements, the Company's previously issued financial statements for periods from fiscal year 2004 through the second quarter of 2007 should not be relied upon. In reaching this conclusion, the Company's management and Audit Committee have discussed the matters described in this press release with the Company's independent registered public accounting firm.

The restatements are the result of an internal review of the Company's service revenue activity and forecasting process that was initiated by management in September 2007 and are not attributable to any misconduct by Company employees. The expected adjustments to historical financial results do not change unrestricted cash, cash equivalents and short term investments as of June 30, 2007. In addition, they do not materially change the overall trend in service revenues, nor do they materially change overall trends in ARPU, CPGA, CCU or capital expenditures. Finally, the expected adjustments do not impact previously reported results for net customer additions or churn.

Description of Accounting Errors

The most significant adjustment relates to the Company's prior accounting for a group of customers who voluntarily disconnected service. These customers comprised a small percentage of the Company's disconnected customers. For these customers, approximately one month of deferred revenue that was recorded when the customers' monthly bills were generated was mistakenly recognized as revenue after their service was disconnected. The Company also identified other errors relating to the timing and recognition of certain service revenues and operating expenses. The effect of the timing errors varied across periods. The error with the largest variation across periods related to the reconciliation of billing system data for pay in arrears customers. This error resulted in an understatement of revenue in 2004 and 2005 and an overstatement of revenue in subsequent periods as the number of pay in arrears customers in the Company's customer base declined.

In connection with management's review, errors were also identified relating to the classification of certain components of equipment revenues and cost of equipment. Prior to June 2007, approximately $120 million of revenue from the sale of equipment was offset against related cost of equipment and reported on a net basis. The reclassification of these revenues and costs on a gross basis will not impact operating income.

Estimated Adjustments to Prior Period Results

\*       \*       \*

The date and time of the Company's third quarter earnings release and conference call will be provided in a separate press release.

The pending restatements and preliminary third quarter results described above are subject to adjustment upon finalization of third quarter financial and operational results and completion of the audit and review of the Company's restated financial statements by its independent registered public accounting firm.

Business Outlook for Fourth Quarter of 2007

    -- Net customer additions are expected to be between 70,000 and 130,000, reflecting normal seasonal rhythms and the maturation of the markets launched in 2006.

    -- Customer churn is expected to be in the range of 4.4 percent to 4.7 percent, reflecting typical seasonal rhythms and the effects of customer handset upgrades and improving trends related to the percentage of less-tenured customers within our overall customer base.

    -- Adjusted OIBDA is expected to be between $105 million and $115 million, bringing anticipated full year adjusted OIBDA to between $385 and $395 million. The Company's expectation for fourth quarter and full year adjusted OIBDA includes approximately $12 to $17 million of negative adjusted OIBDA we expect to incur to support our major new initiatives, including the Company's planned coverage expansion, higher-speed data services, Auction #66 build activity and other strategic activities.

Senior Secured Credit Agreement and Indenture

    The restatements described above may result in a default under the senior secured credit agreement among Cricket Communications, Inc., Leap Wireless International, Inc., Bank of America, N.A. and certain lenders, under which approximately $890 million in borrowings is currently outstanding. This potential default arises from the Company's potential breach of representations regarding the presentation of its prior financial statements and not as a result of any non-compliance with its financial covenants. Notwithstanding any potential default, the Company expects to continue to make scheduled payments of principal and interest under the credit agreement. The Company is pursuing a waiver of any potential default from the credit agreement lenders. Unless waived by the required lenders, a default would permit the administrative agent to exercise its remedies under the credit agreement, including declaring all outstanding debt under the credit agreement to be immediately due and payable. An acceleration of the outstanding debt under the credit agreement would also trigger a default under Cricket's indenture governing its $1.1 billion of 9.375% senior notes due 2014. The Company anticipates that the required lenders under the credit agreement will agree to waive any potential default that may occur as a result of the restatements; however, such actions cannot be assured.

    In conjunction with the waiver, the Company is also asking lenders to approve other amendments to the credit agreement, including an amendment that would provide that entry into an agreement leading to a change of control will no longer constitute an event of default, unless and until the change of control occurs.

7.    As a result, Leap's stock collapsed $21.38 per share to close at $36.72 per share, a one-day decline of 36% on volume of 11.3 million shares, 10 times the average three-month volume.

1    8.    The true facts, which were known by the defendants but concealed from the investing

2    public during the Class Period, were as follows:

3        (a)    The Company's financial statements were materially misstated due to its

4    failure to properly account for its service revenue in violation of Generally Accepted Accounting

5    Principles ("GAAP");

6

7        (b)    The Company's financial statements were materially misstated due to its

8    failure to properly account for its equipment revenue and cost of equipment in violation of GAAP;

9        (c)    The Company lacked requisite internal controls, and, as a result, the

10    Company's projections and reported results issued during the Class Period were based upon

11    defective assumptions and/or manipulated facts; and

12        (d)    Given the Company's exposure to subprime consumers and the intense

13    competition in the low-cost cell carriers market Leap was facing, the Company had no reasonable

14    basis to make projections about its ability to maintain its customer turnover rate and net customer

15    additions. As a result, the Company's projections issued during the Class Period were at a minimum

16

17    reckless.

18    9.    As a result of defendants' false statements, Leap's stock price traded at inflated levels

19    during the Class Period.    However, after the above revelations seeped into the market, the

20    Company's shares were hammered by massive sales, sending them down 62% from their Class

21    Period high.

22                **JURISDICTION AND VENUE**

23    10.    Jurisdiction is conferred by §27 of the 1934 Act.  The claims asserted herein arise

24    under §§10(b) and 20(a) of the 1934 Act and SEC Rule 10b-5.

25    11.    (a)    Venue is proper in this District pursuant to §27 of the 1934 Act.  Many of the

26    false and misleading statements were made in or issued from this District.

27        (b)    Leap's principal executive offices are located at 10307 Pacific Center Court,

28    San Diego, California.

- 7 -

1

**PARTIES**

2    12.    Plaintiff Frank Charek purchased Leap common stock as described in the attached

3    certification and was damaged thereby.

4    13.    Defendant Leap offers digital wireless services in the United States under the Cricket

5    and Jump Mobile brands. The Company offers unlimited local and U.S. long distance service from

6    the Cricket service area, and unlimited use of multiple calling features and messaging services. Leap

7    also offers a basic service plan that allows customers to make unlimited calls within their Cricket

8    service area and receive unlimited calls from any area.

9    14.    Defendant S. Douglas Hutcheson ("Hutcheson") is, and at all relevant times was, a

10   director, President and Chief Executive Officer ("CEO") of Leap.    Additionally, Hutcheson is

11   currently serving as interim Chief Financial Officer ("CFO"). He took over the role of interim CFO

12   upon Amin I. Khalifia's abrupt departure from the Company in September 2007. During the Class

13   Period, Hutcheson was responsible for the Company's false financial statements and reaped proceeds

14   of $2.3 million by selling his Leap stock.

15   15.    Defendant Mark H. Rachesky ("Rachesky") is, and at all relevant times was, a

16   director and Chairman of the Board of Leap. During the Class Period, Rachesky was responsible for

17   the Company's false financial statements.

18   16.    Defendant Amin I. Khalifa ("Khalifa") served as CFO of Leap from August 2006

19   until his sudden resignation from the Company on September 6, 2007. During the Class Period,

20   Khalifa was responsible for the Company's false financial statements.

21   17.    Defendant Glenn Umetsu ("Umetsu") is, and at all relevant times was, Executive

22   Vice President and Chief Technical Officer of the Company. During the Class Period, Umetsu

23   reaped proceeds of $3.06 million by selling his Leap stock.

24   18.    Defendant Dean M. Luvisa ("Luvisa") has served as Vice President, Finance of Leap

25   since March 2006. He previously served as acting CFO until August 2006. During the Class Period,

26   Luvisa was responsible for the Company's false financial statements.

27   19.    Defendants Hutcheson, Rachesky, Khalifa, Umetsu and Luvisa (the "Individual

28   Defendants"), because of their positions with the Company, possessed the power and authority to

- 8 -

1   control the contents of Leap's quarterly reports, press releases and presentations to securities

2   analysts, money and portfolio managers and institutional investors, *i.e.*, the market. They were

3   provided with copies of the Company's reports and press releases alleged herein to be misleading

4   prior to or shortly after their issuance and had the ability and opportunity to prevent their issuance or

5   cause them to be corrected. Because of their positions with the Company, and their access to

6   material non-public information available to them but not to the public, the Individual Defendants

7   knew that the adverse facts specified herein had not been disclosed to and were being concealed

8   from the public and that the positive representations being made were then materially false and

9   misleading. The Individual Defendants are liable for the false statements pleaded herein at ¶¶22-34.

10                       **FRAUDULENT SCHEME AND COURSE OF BUSINESS**

11          20.     Defendants are liable for: (i) making false statements; or (ii) failing to disclose

12   adverse facts known to them about Leap. Defendants' fraudulent scheme and course of business that

13   operated as a fraud or deceit on purchasers of Leap common stock was a success, as it: (i) deceived

14   the investing public regarding Leap's prospects and business; (ii) artificially inflated the price of

15   Leap's common stock; (iii) allowed defendants Hutcheson and Umetsu to sell over $5.3 million

16   worth of their own Leap stock at artificially inflated prices; and (iv) caused plaintiff and other

17   members of the Class to purchase Leap common stock at inflated prices.

18                                        **BACKGROUND**

19          21.     Leap offers digital wireless services in the United States under the Cricket and Jump

20   Mobile brands. The Company offers unlimited local and U.S. long distance service from the Cricket

21   service area, and unlimited use of multiple calling features and messaging services. Leap also offers

22   a basic service plan that allows customers to make unlimited calls within their Cricket service area

23   and receive unlimited calls from any area and additionally provides per-minute prepaid service,

24   instant messaging, multimedia picture messaging, games and roaming services, voicemail, caller ID

25   and call waiting, unlimited text, instant messaging, directory assistance calls, and ring tone services.

26

27

28

1

## DEFENDANTS' FALSE AND MISLEADING
## STATEMENTS ISSUED DURING THE CLASS PERIOD

2

3        22.      On January 7, 2005, the Company issued a press release entitled "Leap Announces

4   Year-End Subscriber Numbers for Fiscal Year 2004; Company Reaffirms Business Outlook for

5   Fiscal Years 2004 and 2005." The press release stated in part:

6              Leap Wireless International, Inc., a leading provider of innovative and value-
           driven wireless communications services, today announced that it gained nearly
7          29,000 net customer additions during the fourth quarter of 2004, bringing the total
           number of net additions for fiscal year 2004 to approximately 97,000. The
8          Company's net additions for 2004 are within its earlier reported expectations of
           70,000-100,000 net additions for the year. Customer churn for the fourth quarter of
9          2004 was 4.1 percent, bringing the Company's year-end churn number for 2004 to
           3.9 percent. The year-end churn number was within the Company's previously issued
10         outlook of 3.8 to 4.0 percent for the year. Leap also reaffirms its previously issued
           financial guidance for fiscal year 2004 along with its outlook for fiscal year 2005.

11             "Our ability to meet the high end of our subscriber forecast with 97,000 net
           new customers provides us with a solid foundation and positive momentum as we
12         begin 2005," said Bill Freeman, Leap's CEO and director. "As we move into this
           new year, we continue to make good progress as we execute on our strategic
13         initiatives that are designed to strengthen the operational and financial performance
           of our business. We believe that 2005 will provide us with many opportunities to
14         continue building value for the Company's stakeholders. We expect to announce our
           full 2004 results late in the quarter and to provide additional updates on our progress
15         in conjunction with our earnings announcement and conference call."

16       23.      On May 11, 2005, the Company issued a press release entitled "Leap Reports Results

17  for Fourth Quarter and Full Year 2004; Company Provides Preliminary Results for the First Quarter

18  of 2005 and Revised Full-Year Outlook." The release stated in part:

19         Leap Wireless International, Inc., a leading provider of innovative and value-driven
           wireless communications services, today announced financial and operating results
20         for the fourth quarter and full year ending December 31, 2004, representing the
           combination of the Company's results prior to and after its emergence from Chapter
21         11 reorganization. The Company also provided preliminary customer and financial
           results for the first quarter of 2005 and updated its business outlook for full year
22         2005, incorporating proposed new Auction #58 market build out activities.

23             The adoption of fresh-start reporting as of July 31, 2004 resulted in material
           adjustments to the historical carrying values of the Company's assets and liabilities.
24         As a result, the Company's post-emergence balance sheet, statements of operations
           and statements of cash flows are not comparable in many respects to the Company's
25         financial statements for periods ending prior to the Company's emergence from
           Chapter 11.

26

27             Total consolidated revenues for the fourth quarter were $206.6 million,
           compared to total consolidated revenues of $188.9 million for the fourth quarter of
           2003. Consolidated operating income for the fourth quarter was $4.9 million,
28         compared to a consolidated operating loss of $28.5 million for the fourth quarter of

2003. Consolidated net loss for the fourth quarter was $6.6 million, compared to a consolidated net loss of $172.8 million for the fourth quarter of 2003.

For full year 2004, combined total consolidated revenues were $826.0 million, compared to total consolidated revenues of $751.3 million for full year 2003. Combined consolidated operating loss for 2004 was $30.2 million, compared to a consolidated operating loss of $360.4 million for full year 2003. Combined consolidated net income for 2004 was $904.6 million, compared to a consolidated net loss of $597.4 million for full year 2003. Full year 2004 net income included $962.4 million of reorganization items, net, reflecting the net impact of fresh-start accounting and other bankruptcy-related changes to the balance sheet. This combined net income result for fiscal year 2004 is not indicative of the Company's expected future performance.

During the fourth quarter, the Company experienced an unexpected increase on rebate redemptions of handset mail-in rebates, causing a $5.3 million decrease in equipment and service revenues during the quarter. Because of changes in the Company's promotional strategy, Leap does not expect to experience this increased level of rebate activity in the future. Reflecting this increased rebate activity, adjusted consolidated earnings before interest, taxes, depreciation and amortization (EBITDA) for the fourth quarter of 2004 was $50.7 million, compared to adjusted consolidated EBITDA of $47.1 million for the fourth quarter of 2003. For full year 2004, combined adjusted consolidated EBITDA was $222.8 million, compared to adjusted consolidated EBITDA of $130.5 million for 2003. Adjusted consolidated EBITDA represents EBITDA adjusted to exclude the effects of: reorganization items, net; other income (expense), net; gains on sale of wireless licenses; impairment of intangible assets; impairment of long-lived assets and related charges; and stock-based compensation awards.

Key operational and financial performance measures for the fourth quarter and full year 2004 were as follows:

- Net customer additions for the quarter were approximately 29,000, bringing total net customer additions during 2004 to approximately 97,000 compared to net customer decreases of approximately 5,000 and 39,000 during the fourth quarter and full year 2003, respectively.

- Churn for the quarter was 4.1%, bringing churn for the full year 2004 to 3.9%, an improvement over the churn rates of 4.3% and 4.4% reported for the fourth quarter and full year 2003, respectively.

- Average revenue per user per month (ARPU) for the fourth quarter, based on service revenue, was $37.29, an improvement of $1.01 from the ARPU of $36.28 for the fourth quarter of 2003. For full year 2004, ARPU was $37.28, an improvement of $1.03 from the ARPU of $36.25 for full year 2003. The impact of higher than expected rebate activity during the fourth quarter of 2004 reduced ARPU by $0.52 and $0.13 for the fourth quarter and full year 2004, respectively, from what it would have been if rebate activity during the fourth quarter had been consistent with the Company's previous experience.

- Cost per gross customer addition (CPGA) was $159 for the fourth quarter, up from the CPGA of $136 reported for the fourth quarter of 2003. For full year

2004, CPGA was $142, an improvement from the CPGA of $158 for full year 2003. The impact of higher than expected rebate activity during the fourth quarter of 2004 increased CPGA by $12 and $3 for the fourth quarter and full year 2004, respectively, from what it would have been if rebate activity during the fourth quarter had been consistent with the Company's previous experience.

• Non-selling cash costs per user per month (CCU) was $18.74 for the fourth quarter, an improvement of $1.21 from the CCU of $19.95 for the fourth quarter of 2003. For full year 2004, CCU was $18.91, an improvement of $3.43 from the CCU of $22.34 for full year 2003.

• Average minutes of use per customer per month (MOU) during the fourth quarter were approximately 1,500.

• Cumulative purchases of property and equipment (capital expenditures) increased by $33.5 million during the fourth quarter of 2004, bringing cumulative capital expenditures for the 12 months ending December 31, 2004 to $77.2 million.

As a result of the adoption of Emerging Issues Task Force (EITF) Issue No. 00-21, "Accounting for Revenue Arrangements with Multiple Deliverables" on July 1, 2003, the Company began recognizing activation fees immediately as equipment revenue, which had the effect of reducing both ARPU and CPGA for the periods reported after its adoption. Because EITF Issue No. 00-21 was only in effect for six months during fiscal year 2003 compared to 12 months for fiscal year 2004, the full year 2004 ARPU and CPGA reported above are not directly comparable with full year 2003 ARPU and CPGA.

"The fourth quarter completed a year of significant development for our business as we grew our customer base and delivered strong year-over-year improvements in our financial performance," said Doug Hutcheson, president and chief executive officer of Leap. "We added more customers, reduced churn and significantly improved our operational metrics compared to the previous year. For the full year 2004, our adjusted consolidated EBITDA was up 71% over the previous year. Even though performance of our overall business was masked by higher than planned rebate activity, which we do not expect to experience in the future, the Company nearly achieved its full year adjusted EBITDA guidance. We believe that the new products and services we are introducing in the first half of this year, combined with our new, brand-centric marketing strategy, will provide momentum for further growth in the coming quarters."

Preliminary Results for the First Quarter of 2005

In addition to its results for the fiscal year 2004, Leap also announced that it gained nearly 46,000 net customers during the first quarter of 2005 and that customer churn for the first quarter was 3.3 percent. Based on preliminary results, the Company also announced that, for the first quarter of 2005, it anticipates total consolidated revenue to be in the range of $223 million to $228 million, consolidated operating income, excluding stock-based compensation expenses, to be in the range of $19 million to $24 million, and ARPU to be in the range of $38.25 to $39.25.

The Company cautions that these financial results are preliminary, based on currently available information and are subject to the final quarterly closing process and the completion of customary quarterly review procedures by the Company's management, the Audit Committee of Leap's board of directors, and the Company's independent registered public accounting firm.

"As indicated by preliminary results we are providing today for the first quarter, the Company has entered 2005 with solid financial performance upon which to build the future of our business," continued Hutcheson. "In 2005, we expect to continue to execute in our markets, evolve our Cricket service to meet the needs of our customers and, as our new product initiatives gain traction in the marketplace, generate top-line growth on a cost-effective basis. We believe that significant opportunities for growth remain in the markets we serve and we continue to be focused on leveraging our differentiated product and operational expertise to help realize the full potential of our business."

Restatement of Third Quarter 2004 Financial Statements

On May 9, 2005, Leap announced that Company management and the Audit Committee of Leap's Board of Directors had concluded that the Company's financial results for the three months ended September 30, 2004 should be restated to correct for errors and that the unaudited interim consolidated financial statements included in the Quarterly Report on Form 10-Q for the third quarter of 2004 should no longer be relied upon. Accordingly, the Company intends to file an amended Quarterly Report on Form 10-Q as soon as practicable. The Company's management and Audit Committee discussed the restatement with the Company's independent registered public accounting firm.

The expected effect on net income of the adjustments required to correct these errors for the Company's combined results for the third quarter fiscal 2004 (representing the results for the one month ended July 31, 2004 combined with the results for the two months ended September 30, 2004), is to increase combined consolidated net income by $5.5 million for the three months ended September 30, 2004, resulting in net income of $957.4 million for such period. The adjustments described above result from the correction of accounting errors and are not attributable to any misconduct by Company employees. Please refer to Note 2 in the "Notes to Financial Statements" included in this press release for additional information.

Recent Events

In 2005, Leap has continued to execute on its product development initiatives with the launch of Jump™ by Cricket® prepaid service; the expansion of its long distance offering to more than 70 countries; the completion of the network upgrades required to support its BREW®-based data service, Cricket Clicks™; the launch of unlimited multimedia services, AOL® Instant Messaging and international text messaging to Mexico; the introduction of a simplified rate plan structure and Travel Time™ away-from-home calling for its Cricket service; and the launch of a new advertising and branding campaign. In addition, the Company introduced redesigned Cricket retail locations that improve the sales process and reinforce the differentiation and core value attributes of Cricket's unlimited service.

"As evidenced by our recent announcements, the process of strengthening our business through the development and introduction of new, customer-driven products and services has moved ahead well," said Al Moschner, executive vice president and

chief marketing officer of Leap. "We have never been in the business of providing service offerings that require customers to count minutes or decipher complex calling plans or bills. Instead, we have maintained a fundamental focus on providing value to our customers with unlimited services and predictable prices. We believe that the new marketing and advertising strategies we are implementing, together with the launch of our new products, will reinforce the key differentiation of our core message: unlimited services. We intend to clearly communicate this message to consumers while providing significant support to the Cricket brand in the marketplace. Over time, we expect the new initiatives that we are undertaking will drive the profitable growth of our business."

Since the beginning of 2005, the Company has taken the following significant steps to strengthen its financial position and develop the depth and breadth of its management and board of directors:

- The successful syndication and closing of $610 million in senior secured credit facilities consisting of a six-year $500 million term loan and an undrawn five-year, $110 million revolving credit facility, lowering the Company's cost of capital and future expected interest expense;

- Execution of a definitive agreement to sell certain spectrum licenses and operating assets for approximately $102 million in cash;

- Execution of a definitive agreement to sell approximately 140 cell towers and related assets for approximately $18 million in cash;

- The Company's winning bids, and the winning bids of a subsidiary of Alaska Native Broadband 1, LLC ("ANB-1"), in Auction #58, which support the Company's strategy of developing market clusters to more effectively serve customers. The two members of ANB-1 are Alaska Native Broadband, LLC, which is the controlling entity and sole manager of ANB-1, and Leap's wholly-owned subsidiary, Cricket Communications, Inc., which has a 75 percent, non-controlling interest in this entity;

- Appointment of Albin ("Al") Moschner in January 2005 as executive vice president and chief marketing officer, a new executive-level position at the Company;

- Appointment of Doug Hutcheson, one of the chief architects of the Cricket business plan, in February 2005 as president and chief executive officer; and

- Appointment of business veterans John D. Harkey, Jr. and Robert V. LaPenta to Leap's Board of Directors in March 2005, bringing additional industry and financial experience to the Board.

"A significant component of our overall growth strategy is the disciplined, cost-effective expansion of the business," commented Glenn Umetsu, executive vice president and chief technical officer for Leap. "For instance, our Fresno network deployment remains on track for low build-out costs, and we expect that the other new markets the Company plans to launch will have similar costs. In addition, the markets for which we were the winning bidder in Auction #58 are very attractive for

our business. As we move ahead with our planning for the development and launch of our new markets, we intend to remain focused on maximizing the return on our investments. We are extremely excited to have the opportunity to expand our service into these new, potentially high-value markets which were selected based on specific factors that are characteristic of our best performing markets."

Business Outlook

Today, Leap provided an updated outlook for fiscal year 2005. The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

The Company's current outlook for fiscal year 2005 is for:

- Total net customer additions to be between 150,000 and 200,000;

- Annual churn to be between 3.5 percent and 4.0 percent;

- Total consolidated revenue to be between $890 million and $950 million, revised from $875 to $950 million;

- Adjusted consolidated EBITDA to be between $245 million and $270 million including costs associated with new market development activities, revised from $235 to $270 million; and

- Capital expenditures to be between $175 million and $230 million for fiscal year 2005, revised from $110 to $120 million. Capital expenditures during 2005 include an expected $20 million to $25 million of capital expenditures associated with the build-out and launch of the Fresno, Calif. market and the related expansion and network change-out of the Company's existing Visalia and Modesto/Merced markets, and costs associated with the initial development of markets covered by licenses expected to be acquired as a result of Auction #58 (including expected capital expenditures incurred by ANB-1 with respect to its expected new markets to the extent the Company consolidates such expenditures for reporting purposes).

"We have made significant improvements in our balance sheet over the past few months," said Dean Luvisa acting chief financial officer for Leap. "The successful syndication of $610 million of senior secured credit facilities reduced our interest expense and gave us a strong endorsement from the credit markets. We have also taken steps to ensure our assets more closely match our future market and operating strategy through agreements to sell our tower assets and certain spectrum licenses and operating assets, and through our winning bids on new, high-value markets in Auction #58.

"As we move forward, we intend to maintain a strict focus on operational basics," continued Luvisa. "We expect to control and reduce costs where possible by continuously improving our processes. We also intend to maintain a disciplined approach to managing our balance sheet. Meeting these challenges will put us at the forefront in an industry where a low cost structure and a strong balance sheet are significant competitive advantages."

Hutcheson commented, "To summarize the actions that will allow us to deliver results that match our 2005 guidance, I would point to three areas. First, continued development of new, customer-driven products and services that contribute to the growth of our business and improvement of our operating margins. Second, financially disciplined expansion focused on the development of new markets that we believe will provide us with the best opportunity for delivering high customer value and a high return on our investments. And finally, an internal focus on maintaining our cost leadership position within the industry and ensuring Leap remains financially strong for our stockholders with a prosperous and secure future for its employees and other stakeholders."

24.    On June 14, 2005, the Company issued a press release entitled "Leap Reports Results for First Quarter of 2005; Achievement of Positive Net Income of $12.6 Million and Record Adjusted Consolidated EBITDA of $70.0 Million Underscores Company's Strong Operational and Financial Performance During the Quarter." The release stated in part:

Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced strong financial results for the first quarter of 2005, including solid growth in total revenues, the Company's first full quarter with positive net income following the Company's emergence from Chapter 11 bankruptcy in the third quarter of 2004, and record adjusted consolidated earnings before interest, taxes, depreciation and amortization (EBITDA). Operational results were likewise strong, led by Leap's Cricket® service adding nearly 46,000 net new customers during the first quarter to end the period with approximately 1,615,000 total customers and reporting a customer churn rate of 3.3%.

Total consolidated revenues for the first quarter were $228.4 million, an increase of $21.6 million over the total consolidated revenues of $206.8 million for the first quarter of 2004 and the highest reported by the Company to date. Consolidated operating income for the first quarter was $21.9 million, an increase of $44.2 million over the consolidated operating loss of $22.3 million for the first quarter of 2004. Consolidated net income was positive, totaling $12.6 million for the first quarter, or net earnings of $0.21 per share, representing a $40.6 million improvement over the consolidated net loss of $28.0 million, or a net loss of $0.48 per share, reported for the first quarter of 2004.

Adjusted consolidated EBITDA for the first quarter was a record $70.0 million, representing a 32% increase over the adjusted consolidated EBITDA of $53.2 million for the first quarter of 2004. Adjusted consolidated EBITDA represents EBITDA adjusted to exclude the effects of: reorganization items, net; other income (expense), net; gains on sale of wireless licenses; impairment of intangible assets; impairment of long-lived assets and related charges; and stock-based compensation awards. The adoption of fresh-start reporting as of July 31, 2004 resulted in material adjustments to the historical carrying values of the Company's assets and liabilities. As a result, the Company's post-emergence balance sheet, statements of operations

and statements of cash flows are not comparable in many respects to the Company's financial statements for periods ending prior to the Company's emergence from Chapter 11.

"The strong accomplishments of the first quarter, which include the Company's first full quarter of positive net income since emerging as a reorganized entity, clearly demonstrate that we are building on the financial performance we delivered in 2004," said Doug Hutcheson, president and chief executive officer of Leap. "In addition to delivering these outstanding results for the quarter, we strengthened our management team, improved our customer satisfaction, introduced our new brand awareness campaign and delivered on our product development commitments while maintaining the Company's strong financial position."

"As we move forward with our business, we expect to continue to focus on our balanced growth strategies, which include the strengthening of our distribution network, increasing the number of payment locations available to our customers and expanding the Company's market presence through the development of new, potentially high-value markets that we believe are very attractive for our business. All in all, we are very encouraged by the start of 2005 and we look forward to further building on our progress as consumers come to understand and embrace the improvements the business has achieved," concluded Hutcheson.

Key operational and financial performance measures for the first quarter of 2005 were as follows:

-- Average revenue per user per month (ARPU) for the first quarter, based on service revenue, was $39.03, an improvement of $1.58 from the ARPU of $37.45 for the first quarter of 2004.

-- Cost per gross customer addition (CPGA) for the first quarter was $128, nearly even with the CPGA of $124 reported for the first quarter of 2004.

-- Non-selling cash costs per user per month (CCU) was $18.94 for the first quarter, an improvement of $1.14 from the CCU of $20.08 for the first quarter of 2004.

-- Average minutes of use per customer per month (MOU) during the first quarter of 2005 remained at approximately 1,500, over twice the industry average and consistent with the MOU data reported for the fourth quarter of 2004.

-- Cumulative purchases of property and equipment (capital expenditures) for the three months ending March 31, 2005 were $24.5 million.

"Our performance reflects the Company's continuing focus on operational excellence, and we are very pleased with the strong results reported across the board in the first quarter," said Dean Luvisa, Leap's acting chief financial officer. "We believe that the results we are reporting today demonstrate yet again the operating efficiency of our business. We have completed the first quarter confident in our ability to profitably execute our business plan and meet our financial goals."

2005 Business Outlook

The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release.

Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

The Company's current outlook for fiscal year 2005 is for:

    -- Total net customer additions to be between 125,000 and 200,000, revised from between 150,000 and 200,000;

    -- Annual churn to be between 3.5 percent and 4.0 percent;

    -- Total consolidated revenue to be between $890 million and $950 million:

    -- Adjusted consolidated EBITDA to be between $245 million and $270 million including costs associated with new market development activities; and

    -- Capital expenditures to be between $175 million and $230 million for fiscal year 2005, revised from $110 to $120 million. Capital expenditures during 2005 include an expected $20 million to $25 million of capital expenditures associated with the build-out and launch of the Fresno, Calif. market and the related expansion and network change-out of the Company's existing Visalia and Modesto/Merced markets, and costs associated with the initial development of markets covered by licenses acquired by us in Auction #58 and licenses expected to be acquired in Auction #58 by a subsidiary of Alaska Native Broadband 1, LLC (which the Company consolidates for reporting purposes).

25.    On November 9, 2005, the Company issued a press release entitled "Leap Reports Results for Third Quarter of 2005; Solid Performance Marked by Strong Year-Over-Year Growth in Customers, Total Revenues and Adjusted EBITDA." The release stated in part:

Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced strong financial results for the third quarter of 2005. These results reflect continued strong year-over-year growth in total revenues and adjusted consolidated earnings before interest, taxes, depreciation and amortization (EBITDA).

Total consolidated revenues for the third quarter were $230.5 million, an increase of $23.6 million over the total consolidated revenues of $206.9 million for the third quarter of 2004. Consolidated operating income for the third quarter was $28.6 million, an increase of $26.4 million over consolidated operating income of $2.2 million for the third quarter of 2004. Consolidated net loss for the third quarter totaled $7.6 million, or a loss of $0.13 per diluted share. This compares to consolidated net income in the third quarter of 2004 of $957.3 million, which included $963.2 million of reorganization items, net, reflecting the net impact of fresh-start reporting and other bankruptcy related items.

Adjusted consolidated EBITDA for the third quarter of 2005 was $66.5 million, representing a 16% percent increase over the adjusted consolidated EBITDA of $57.5 million for the third quarter of 2004. Adjusted consolidated EBITDA represents consolidated EBITDA adjusted to exclude the effects of: reorganization items, net; other income (expense), net; gain/loss on sale of wireless licenses and

- 18 -

operating assets; impairment of indefinite-lived intangible assets; impairment of long-lived assets and related charges; and stock-based compensation expense. The adoption of fresh-start reporting as of July 31, 2004 resulted in material adjustments to the historical carrying values of the Company's assets and liabilities. As a result, the Company's post-emergence balance sheets, statements of operations and statements of cash flows are not comparable in many respects to the Company's financial statements for periods ending prior to the Company's emergence from Chapter 11.

"Our performance during the third quarter reflects an overall strengthening of our business as our product development activities, distribution improvements and marketing strategies have taken effect," said Doug Hutcheson, president and chief executive officer of Leap. "Once again, we have demonstrated an ability to generate solid operational performance, even while supporting the costs associated with our new market launch activities and systems upgrades to meet regulatory requirements and to support future improvements in efficiency. We are on track to meet our goals for 2005 while implementing our strategic plans, and we are looking toward the coming year with great anticipation."

"As 2006 approaches, well-managed growth becomes a priority and it is our goal to continue the strong performance shown in our operational markets throughout 2005 as we launch new markets in key clusters across the country," continued Hutcheson. "To provide insight into our expectations for the coming year, we are providing an outlook for adjusted consolidated EBITDA and capital spending for 2006. We intend to capitalize on the momentum of each new market launch and our new services and products throughout the year while maintaining a well-balanced approach to managing our cost performance."

Key operational and financial performance measures for the third quarter of 2005 are as follows:

- Gross customer additions for the quarter were approximately 234,000, an improvement of over 33,000 from the approximately 200,000 gross customer additions for the third quarter of 2004.

- Reflecting both net new customer growth in both Leap's older markets and in its new market cluster in the Central Valley of California, net customer additions for the quarter were approximately 23,000 compared to a net customer reduction of approximately 8,000 for the third quarter of 2004, bringing total customers at the end of the current period to approximately 1,623,000. The Company's net customer additions for the third quarter of 2005 exclude the effect of the transfer of approximately 19,000 customers from the Company's network as a result of closing the sale on the Company's operating markets in Michigan.

- Churn for the quarter was 4.4%, 0.1% lower than the churn rate of 4.5% for the third quarter of 2004.

- Average revenue per user per month (ARPU) for the third quarter, based on service revenue, was $40.22, an improvement of $3.25 from the ARPU of $36.97 for the third quarter of 2004.

- Cost per gross customer addition (CPGA) for the third quarter was $142, comparable to the CPGA of $141 reported for the third quarter of 2004.

- Non-selling cash costs per user per month (CCU) was $19.52 for the third quarter, an increase of $1.14 from the CCU of $18.38 for the third quarter of 2004.

- Average minutes of use per customer per month (MOU) during the third quarter of 2005 was approximately 1,450, reflecting typical seasonal variations from the MOU data reported for the first two quarters of 2005.

- Purchases of property and equipment (capital expenditures) for the three months ended September 30, 2005, were $38.7 million, bringing cumulative capital expenditures for 2005 to $82.3 million, excluding prepayments for purchases.

"The strength of our business is evidenced by our financial performance, confirming the value of pursuing growth in targeted markets and focusing on developing products for an underserved customer segment," said Dean Luvisa, Leap's acting chief financial officer. "With nearly $400 million in cash at the close of the third quarter, we believe that our current cash position, combined with our expected cash flow from operations, adequately positions us for the significant capital investments ahead of us as we build-out the planned new markets. Looking forward, we expect to maintain good liquidity and relatively low leverage positions, while opportunistically drawing on the capital markets to position ourselves to capture future opportunities that enhance the value of the company."

Revised 2005 Business Outlook and Initial Outlook for 2006

The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. These forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

The Company's current outlook for fiscal year 2005 is for:

- Total net customer additions (excluding the transfer of approximately 19,000 customers resulting from the Company's August 2005 sale of its Michigan markets) to be between 125,000 and 150,000, revised from between 125,000 and 175,000;

- Annual churn to be between 3.8 percent and 4.0 percent, revised from between 3.7 percent and 4.0 percent;

- Total consolidated revenue to be between $910 million and $940 million, revised from a range of $910 million to $950 million;

- 20 -

- Adjusted consolidated EBITDA (including costs associated with new market development activities) to be between $270 million and $280 million, revised from a range of $265 million to $285 million; and,

- Capital expenditures, excluding capitalized interest, to be between $150 million and $200 million for fiscal year 2005 revised from a range of $175 million to $230 million.

The Company also provided its initial outlook for fiscal year 2006:

- Adjusted consolidated EBITDA is expected to be between $240 million and $300 million, reflecting the Company's expectation for adjusted EBITDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets Leap and its joint venture, Alaska Native Broadband 1 (ANB1), expect to launch in 2006.

- Consolidated capital expenditures are expected to be between $410 million and $500 million, reflecting both Leap and ANB1's investment in the development of their respective Auction 58 properties and the expected introduction of EVDO technology in Leap markets during 2006.

Leap's initial outlook for 2006 does not include the effect of the proposed sale and joint venture transactions announced on November 8, 2005.

26.    On March 6, 2006, the Company issued a press release entitled "Leap Announces Restatement of Prior Period Results to Correct Errors in Deferred Income Tax Accounting; Restatement Expected to Result in Material, Non-cash Improvements in Reported Net Income (Loss) for Affected Periods." The release stated in part:

> Leap Wireless International, Inc., today announced that it will restate its audited and unaudited financial results reported subsequent to its August 2004 emergence from Chapter 11 bankruptcy to correct for errors in previously reported income tax expense, goodwill, and other long-term liabilities. These errors were identified by management during the preparation of the Company's annual income tax provision for the year ended December 31, 2005. The restatements are not expected to affect previously reported revenues, operating income, or cash flows from operations, or to impact cash taxes paid or owed. The correction of these errors is expected to result in material, non-cash decreases to income tax expense and improvements in net income (loss) for the nine months ended September 30, 2005, and for the five months ended December 31, 2004. The effect of these errors on the results of the individual quarters contained in these periods may vary. In addition, these restatements will result in increases to goodwill and other long-term liabilities for all affected periods. Accordingly, because of these errors, the Company's previously issued financial statements for these periods should not be relied upon. The adjustments result from the correction of accounting errors and are not attributable to any misconduct by Company employees.
>
> The restatements result from: (i) errors in the calculation of the tax bases of certain wireless licenses and deferred taxes associated with tax deductible goodwill,

1

2

3

4

5

6

(ii) errors in the accounting for the release of the valuation allowance on deferred tax assets recorded in fresh-start reporting, and (iii) the determination that the netting of deferred tax assets associated with wireless licenses against deferred tax liabilities associated with wireless licenses was not appropriate, as well as the resulting error in the calculation of the valuation allowance on the license-related deferred tax assets. These errors arose in connection with the Company's implementation of fresh-start reporting on July 31, 2004 pursuant to Statement of Position 90-7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code." The Company's management and Audit Committee have discussed the matters disclosed in this press release with the Company's independent registered public accounting firm.

7

\*      \*      \*

8

9

10

Leap expects to release fourth quarter and full year 2005 operating results during the week of March 13, 2005. Details regarding the specific date and time of the Company's earnings release and conference call will be issued in a separate press release.

11

12

13

14

15

16

The restatements described above may result in defaults under the $710 million senior secured credit agreement among Cricket Communications, Inc., Leap Wireless International, Inc., Bank of America, N.A. and certain lenders. The Company expects to continue to make scheduled payments of principal and interest under such credit agreement. Leap also intends to obtain waivers of the potential defaults resulting from the restatements from the required lenders under the credit agreement. Unless waived by the required lenders, an event of default would permit the administrative agent to exercise its remedies under the credit agreement, including declaring all outstanding debt under the agreement to be immediately due and payable. Leap believes that the required lenders will agree to waive any defaults that may occur as a result of the restatements, however, such actions cannot be assured.

17

18

19

20

27.    On March 16, 2006, the Company issued a press release entitled "Leap Reports Results for Fourth Quarter and Full Year 2005; Company Delivers Strong Year-over-Year Growth in Service Revenues and Adjusted OIBDA; Positive Growth Trend Evident in Company's Outlook for First Quarter of 2006." The release stated in part:

21

22

23

24

25

26

27

Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced consolidated financial and operational results for the fourth quarter and full year ended December 31, 2005, reflecting strong year-over-year growth in service revenues and adjusted operating income before depreciation and amortization (OIBDA). Solid operational performance was led by the addition of nearly 46,000 net new customers during the fourth quarter, bringing the total number of net customer additions for the year to just over 117,000. These additions represent a 53% increase over the net additions of approximately 29,000 in the fourth quarter of 2004 and a 21% improvement over the full year net additions of approximately 97,000 for 2004. The Company ended 2005 with approximately 1,668,000 total customers and a customer churn rate of 4.1 percent for the fourth quarter and 3.9 percent for the full year 2005.

28

Total revenues for the fourth quarter were $228.9 million, an increase of $22.3 million over the total revenues of $206.6 million for the fourth quarter of 2004.

Operating income for the fourth quarter was $10.8 million, an increase of $5.9 million over the $4.9 million for the fourth quarter of 2004. Net income was $5.0 million for the fourth quarter, or $0.08 per diluted share. This compares to the net loss of $6.6 million, or $0.11 per diluted share, for the fourth quarter of 2004.

"The Company had another successful quarter, reflecting continued execution of the strategic growth plans we have established for our business," said Doug Hutcheson, president and chief executive officer of Leap. "Based on the results of the fourth quarter and full year 2005, and our first quarter outlook for new customers and adjusted OIBDA, we believe the broad impact and value of our actions are becoming evident. We look forward to continuing progress in the coming year as we expand our services and market presence throughout 2006."

For the full year 2005, total revenues were $914.7 million, an $88.7 million improvement over total revenues of $826.0 million for the full year 2004. Operating income for 2005 was $69.8 million, an increase of $100.0 million over an operating loss of $30.2 million for 2004. Net income for 2005 was $30.0 million, or $0.49 per diluted share. This compares to net income of $904.8 million for the full year 2004, which included $962.4 million of reorganization items, net, reflecting the net impact of fresh-start reporting and other bankruptcy-related items.

Adjusted operating income before depreciation and amortization for the fourth quarter of 2005 was $64.2 million, up $13.5 million from the adjusted OIBDA of $50.7 million for the fourth quarter of 2004. For the full year 2005, adjusted OIBDA was $275.0 million, an increase of $52.2 million from the adjusted OIBDA of $222.8 million for 2004. Adjusted OIBDA represents OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets, impairment of indefinite-lived intangible assets, and stock-based compensation expense.

The adoption of fresh-start reporting as of July 31, 2004 resulted in material adjustments to the historical carrying values of the Company's assets and liabilities. As a result, the Company's post-emergence balance sheets, statements of operations and statements of cash flows are not comparable in many respects to the Company's financial statements for periods ending prior to the Company's emergence from Chapter 11.

"We are very pleased with the strong adjusted OIBDA performance delivered in the fourth quarter, and believe that our focus on cost management is readily apparent in the results we delivered for the quarter and for 2005 as a whole," said Dean Luvisa, acting chief financial officer for Leap. "For the year, our adjusted OIBDA was up by more than $50 million, an impressive year-over-year improvement resulting from our increased customer activity, higher overall average revenues per user, and a commitment to cost leadership as a primary element of our core business strategy. As a result of our continued focus on top-line growth and underlying cost efficiency, the Company performed well ahead of our original expectations for 2005."

Key operational and financial performance measures for the fourth quarter and full year 2005 were as follows:

- Average revenue per user per month (ARPU) for the fourth quarter, based on service revenue, was $39.74, an improvement of $2.45 from the ARPU of $37.29 for the fourth quarter of 2004. For full year 2005, ARPU was $39.56, an improvement of $2.28 from ARPU of $37.28 for the full year 2004.

- Cost per gross customer addition (CPGA) was $158 for the fourth quarter, comparable to the CPGA reported for the fourth quarter of 2004. For full year 2005, CPGA was $142, also comparable to the CPGA for full year 2004.

- Non-selling cash costs per user per month (CCU) was $18.67 for the fourth quarter, a $0.07 improvement from the CCU of $18.74 for the fourth quarter of 2004. For full year 2005, CCU was $18.89, an improvement of $0.02 from the CCU of $18.91 for full year 2004.

- Cumulative purchases of property and equipment (capital expenditures) increased by $117.7 million during the fourth quarter of 2005, bringing cumulative capital expenditures for the full year 2005 to $200.0 million.

"We have demonstrated the Company's ability to deliver strong financial performance while investing in new services to meet the needs of our customers, launching new markets for future growth and satisfying our regulatory obligations," continued Luvisa. "In the past year, we grew revenue and adjusted OIBDA, lowered our cost of capital and improved our liquidity, while acquiring licenses that will allow us to build our market clusters and increase our covered POPs by up to 70% in 2006. Looking forward, we see a business well prepared for expansion and development as a result of the strong growth anticipated in both new and existing Cricket markets over the coming quarters."

Business Outlook

The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

The Company's current outlook for fiscal year 2006 is for:

- Adjusted OIBDA to be in the range of $240 million to $300 million for the full year, reflecting the Company's expectation for adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets that Leap and its joint ventures, Alaska Native Broadband 1 (ANB1) and LCW Wireless, anticipate launching in 2006.

- Consolidated capital expenditures to be between $430 million and $500 million, reflecting investment by Leap and its joint ventures in the development of their respective properties and the expected introduction of EVDO technology during 2006.

The Company is not providing an estimate of net customer additions or churn for full year 2006 because these metrics are sensitive to new market launches and Leap cannot precisely predict the timing of these launches. Leap and its joint

1    ventures expect to launch markets covering 14 to 20 million potential new customers
     by year-end.

2
          In addition to its results for the fiscal year 2005, Leap also announced that it
3    expects total net customer additions to be between 90,000 and 105,000 for the first
     quarter of 2006 and that first quarter customer churn is expected to remain
4    comparable to the churn rate of 3.3 percent for the first quarter of 2005. The
     Company also announced that, for the first quarter of 2006, it anticipates
5    consolidated adjusted OIBDA to be in the range of $68 million to $74 million.

6          "2005 was pivotal for the Company as we developed and implemented the
     strategic platform on which we plan to grow our business," concluded Hutcheson.
7    "As we look ahead to 2006, we expect to achieve improved results as we continue
     rolling out our strategic initiatives across the business. The Company delivered
8    strong performance in 2005, which we could not have achieved without the
     outstanding efforts of the entire team. I believe we all share in the excitement of the
9    coming year as we continue executing and building on our plans for success."

10        28.    On May 9, 2006, the Company issued a press release entitled "Leap Reports

11   Consolidated Results for First Quarter 2006; Improvement in Customer Growth and Record-

12   Breaking Adjusted OIBDA Underscore Company's Strong Financial and Operational Performance."

13   The release stated in part:

14        -- Strong net customer growth with over 110,000 net customer additions for
     the quarter, up approximately 140% from net customer additions for the first quarter
15   of 2005

16        -- Total consolidated revenue for the quarter of $266.7 million, a 17%
     increase from the total consolidated revenue for the first quarter of 2005
17
          -- Consolidated operating income of $19.9 million, compared to $21.9
18   million in the same period last year

19        -- Record-breaking adjusted consolidated operating income before
     depreciation and amortization (OIBDA) of $78.6 million, a 12% increase from the
20   adjusted consolidated OIBDA for the first quarter of 2005

21        -- Consolidated net income of $17.7 million for the quarter, or $0.29 per
     diluted share
22
          Leap Wireless International, Inc., a leading provider of innovative and value-
23   driven wireless communications services, today announced strong financial and
     operational results for the first quarter ended March 31, 2006. Leap posted record
24   setting adjusted consolidated OIBDA for the first quarter and strong year-over-year
     growth in total revenues. The solid operational performance for the first quarter of
25   2006 was led by the addition of over 278,000 gross new customers and more than
     110,000 net new customer additions, representing an increase in net additions of
26   approximately 140% over the net additions of approximately 46,000 for the first
     quarter of 2005. The Company ended the quarter with nearly 1,779,000 total
27   customers and a customer churn rate of 3.3%. The financial and operating data
     presented in this press release, including customer information, reflect the
28

consolidated results of Leap, its subsidiaries and its non-controlled joint venture, Alaska Native Broadband 1, LLC (ANB1), for the periods indicated.

"The Company had a successful quarter, delivering strong customer growth and record-breaking adjusted OIBDA performance," said Doug Hutcheson, chief executive officer and president of Leap. "The business continues to execute well on our strategic growth plans. Our total net customer growth for the quarter included approximately 82,000 new subscribers in markets operating at the end of 2005, with approximately 28,000 additional new customers coming from the markets launched during the quarter. We are looking forward to improving results over the coming quarters in our existing markets and from the launch of additional new markets planned for 2006. We expect our customer behavior will continue to have a seasonal rhythm and may be affected by rising energy prices in the short-term."

Total consolidated revenues for the first quarter were $266.7 million, an increase of $38.3 million, or 17%, over the total revenues of $228.4 million for the first quarter of 2005. Consolidated operating income for the first quarter was $19.9 million, a decrease of $2.0 million from the operating income of $21.9 million for the first quarter of 2005. Consolidated net income for the first quarter was $17.7 million, or $0.29 per diluted share. This compares to consolidated net income of $7.5 million, or $0.12 per diluted share, for the first quarter of 2005.

Adjusted consolidated OIBDA for the first quarter of 2006 was $78.6 million, up $8.6 million, or 12%, from the adjusted consolidated OIBDA of $70.0 million for the first quarter of 2005. Adjusted consolidated OIBDA represents consolidated OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets; impairment of indefinite-lived intangible assets; and stock-based compensation expense.

The Company implemented Statement of Financial Accounting Standards No. 123R (SFAS 123R), "Share-Based Payment," on January 1, 2006, recording stock-based compensation expense of $4.7 million during the quarter. In addition, the Company recorded a gain of $0.6 million reflecting the cumulative effect of a change in accounting principle related to the adoption of SFAS 123R.

"The Company has proven its ability to deliver strong year-over-year growth in adjusted OIBDA even after the absorption of start-up losses associated with our new market launch activity," said Dean Luvisa, acting chief financial officer for Leap. "When considering the nearly $6 million of negative OIBDA associated with new market activity during the quarter, the underlying strength of the financial performance we delivered becomes even more evident. The improvement in adjusted OIBDA is a product of solid growth in total revenues combined with our ongoing focus on cost leadership. As a result, the business has started the year on track, performing above our expectations."

Key operational and financial performance measures for the first quarter of 2006 were as follows:

-- Average revenue per user per month (ARPU) for the first quarter, based on service revenue, was $41.87, an improvement of $2.84 from the ARPU of $39.03 for the first quarter of 2005.

-- Cost per gross customer addition (CPGA) was $130 for the first quarter, an increase of $2 from the CPGA of $128 for the first quarter of 2005.

-- Non-selling cash cost per user per month (CCU) was $19.57 for the first quarter, an increase of $0.63 from the CCU of $18.94 for the first quarter of 2005.

-- Purchases of property and equipment (capital expenditures) for the quarter were $60.9 million, an increase of $38.2 million from the capital expenditures of $22.7 million for the first quarter of 2005, primarily reflecting the added cost of new market development activities in the first quarter of 2006.

"We believe that the favorable financial and operating results delivered during the quarter validate the strategic plans we are following to advance the long-term growth prospects of our business," continued Luvisa. "The Company expects to continue driving our growth initiatives forward, building on the recent re-introduction of "pay-in-advance" billing for new and reactivating Cricket customers and the continuing efficient launch of the new markets that are currently under development. What we have done has worked, and we intend to apply the lessons learned throughout the expansion process to new opportunities for development as they arise."

2006 Business Outlook

The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

The Company's current outlook for fiscal year 2006 is for:

-- Adjusted OIBDA to be in the range of $240 million to $300 million for the full year, reflecting the Company's expectation for adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets that Leap and its joint ventures, ANB1 and LCW Wireless, LLC, anticipate launching in 2006.

-- Consolidated capital expenditures to be between $430 million and $500 million, reflecting investment by Leap and its joint ventures in the development of their respective properties and the expected introduction of EV-DO technology during 2006. Leap and its joint ventures expect to launch markets covering 14 to 20 million potential new customers during 2006.

In addition to its results for first quarter of 2006, Leap announced that it expects total net customer additions to be between 70,000 and 90,000 for the second quarter of 2006 and that it expects second quarter customer churn to be between 3.9% and 4.1%. The Company also announced that, for the second quarter of 2006, it anticipates consolidated adjusted OIBDA to be in the range of $60 million to $68 million.

"Over the past several quarters we have developed and started to implement a vision for our Company's future that has touched all facets of our business - a vision that has not only strengthened the performance of our existing business but also established a solid foundation for our future growth and expansion," continued

Hutcheson. "We believe that it is increasingly evident from the results we have delivered to date that we are making substantial progress in efficiently building, launching, and bringing to cash flow positive the new markets we began acquiring nearly two years ago. The fundamental improvements that we are making to the Company's footprint provide us with the unique opportunity to provide our customers more value and also increase the operational efficiencies of our business."

"Consistent with our strategy of expanding the business into markets that we believe have a high affinity for the Company's products and services, the Company has carefully considered the opportunities presented in the FCC's upcoming Auction #66, currently scheduled for this June. Based on our evaluation, we believe that the spectrum available in this auction presents attractive prospects for expansion that provide good return potential for the business and, ultimately, our stockholders. Therefore, we plan to participate in the auction, and may do so directly and with third parties, while continuing with the focused strategy and disciplined approach to acquisition we have demonstrated in the past. The Company intends to take the necessary steps to obtain the liquidity needed to support our participation and we expect to raise funds for the purchase of spectrum in the auction through a mix of completed, committed and contingent capital. We believe that this funding strategy will put the Company in a good position to participate in the auction and finance purchases of properties that are attractive to the business to the degree that they are priced at levels consistent with our desired return thresholds," concluded Hutcheson.

29.　　On August 3, 2006, the Company issued a press release entitled "Leap Reports Consolidated Results for Second Quarter 2006; Strong Performance Led by Growth in Service Revenues and Operating Income," which stated in part:

-- Net customer growth of nearly 58,000 for the quarter, up from net customer additions of approximately 2,700 for the second quarter of 2005

-- Total consolidated revenue for the quarter of $267.9 million, an 18% increase from the total consolidated revenue for the second quarter of 2005

-- Consolidated operating income of $16.5 million, a 92% increase from the consolidated operating income for the second quarter of 2005

-- Adjusted consolidated operating income before depreciation and amortization (OIBDA) of $77.7 million, an increase of more than 4% from the adjusted consolidated OIBDA for the second quarter of 2005

-- Consolidated net income of $7.5 million for the quarter, or $0.12 per diluted share

Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the second quarter ended June 30, 2006 that included strong year-over-year improvements in service revenues and operating income achieved while the Company was engaged in a disciplined, broad-based expansion effort. The Company ended the quarter with 1,836,000 total customers and a customer churn rate of 3.6%, and demonstrated solid execution in the build-out, cost management, and launch of new markets. The financial and operating data presented in this press release, including customer information, reflect the consolidated results of Leap, its

subsidiaries and its non-controlled joint venture, Alaska Native Broadband 1, LLC (ANB 1), for the periods indicated.

"The Company executed very well on its major initiatives, posting strong financial results as it expanded the footprint of Cricket® service to more than 37.3 million potential covered subscribers by the end of the second quarter," said Doug Hutcheson, chief executive officer and president of Leap. "The Company delivered continuing attractive customer growth despite some unanticipated disruptions, which have been addressed. We remain very pleased with the pace and performance of our new market launches and we look forward to additional strong growth in the second half of the year. We believe that the continued performance improvements we have seen in our existing markets and the progress of new market launches during the quarter indicate that the business is well-positioned to deliver continued growth and attractive financial performance in the coming quarters."

Total revenues for the second quarter were $267.9 million, an increase of $41.0 million, or 18%, over the total revenues of $226.8 million for the second quarter of 2005. Operating income for the second quarter was $16.5 million, nearly double the operating income of $8.6 million for the second quarter of 2005. Net income for the second quarter was $7.5 million, or $0.12 per diluted share. This compares to net income of $1.1 million, or $0.2 per diluted share, for the second quarter of 2005.

Adjusted OIBDA for the second quarter of 2006 was $77.7 million, up $3.4 million, or more than 4%, from adjusted OIBDA of $74.3 million for the second quarter of 2005, even after absorbing costs associated with the Company's new market launch activities. Adjusted OIBDA represents OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets; impairment of indefinite-lived intangible assets; and share-based compensation expense.

"The business delivered strong year-over-year and sequential improvements in adjusted OIBDA in our existing markets, as we launched and began operations in new markets well within our expected costs for capital expenditures and operating expenses," said Dean Luvisa, acting chief financial officer for Leap. "We are also pleased to report that the El Paso/Las Cruces market, which was launched by ANB 1 on January 31, 2006, was OIBDA breakeven at the market level during and for the second quarter. Additionally, initial data from our conversion to 'pay-in-advance' billing for new and reactivating customers have shown promising revenue and customer retention results. We expect that this important business advance will provide further improvements in net customer activity in the second half of 2006."

Key operational and financial performance measures for the second quarter of 2006 were as follows:

-- Average revenue per user per month (ARPU) for the second quarter, based on service revenue, was a record $42.97, an improvement of $3.73 from the ARPU of $39.24 for the second quarter of 2005.

-- Cost per gross customer addition (CPGA) was $198 for the second quarter, compared with $138 for the second quarter of 2005, reflecting costs associated with new market launches and the effects of the Company's previously announced adoption of 'pay-in-advance' billing for new and reactivating customers in May 2006.

-- Non-selling cash cost per user per month (CCU) was $19.18 for the second quarter, an increase of $0.75 from the CCU of $18.43 for the second quarter of 2005, reflecting operating costs associated with new market launch activity, partially offset by improved operational efficiencies and benefits from increased scale in the Company's existing markets.

-- Purchases of property and equipment (capital expenditures) for the quarter were $126.1 million, an increase of $105.2 million from the capital expenditures of $20.9 million for the second quarter of 2005, primarily reflecting new market development activities in the second quarter of 2006. Cumulative capital expenditures for the first half of 2006 were $187.0 million.

"We believe that the strong financial results delivered during the first half of 2006 demonstrate the capability of the Company to deliver on our strategic plans for growth while producing strong consolidated performance in our operating business," continued Luvisa. "These results also highlight the inherent advantages of scale that exist within our business and the cash-flow generating potential we believe our business provides. The Company is executing on the capital market activities we previously outlined with the completion of an amendment and restatement of our senior secured debt facility that allows us to continue to build our business in a thoughtful and disciplined manner. We believe the steps we are taking to further enhance our access to capital, when combined with our expected strong cash-flow generation, put us in a solid position to achieve our strategic goals and to realize the growth opportunities for our business."

2006 Business Outlook

The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

-- Leap and its joint ventures expect to have launched markets covering 17 to 20 million potential new customers between January 2006 and the end of 2006 or early 2007. Leap also currently expects to launch additional markets covering 3 to 6 million potential customers in 2007, bringing total covered POPs with Cricket service to more than 50 million by the end of next year. The Company's prior new potential customer guidance was 14 to 20 million.

-- Leap expects its consolidated adjusted OIBDA for 2006 to be in the range of $265 million to $300 million for the full year, reflecting adjusted OIBDA growth in existing markets offset, in part, by negative OIBDA associated with newly launched markets. The company's prior adjusted OIBDA guidance was $240 million to $300 million.

-- Leap expects its consolidated capital expenditures for 2006 to be between $525 million and $585 million, reflecting the acceleration of both market launch timing and the Company's investment in 1xEV-DO technology into 2006. The Company's prior consolidated capital expenditures for 2006 were expected to be between $430 million and $500 million.

In addition to its results for second quarter of 2006, Leap announced that it expects total net customer additions to be between 110,000 and 210,000 for the third quarter of 2006, and that it expects third quarter customer churn to be between 3.9% and 4.3%. The Company also announced that, for the third quarter of 2006, it anticipates consolidated adjusted OIBDA to be in the range of $57 million to $67 million.

"We anticipated that 2006 would be a year of significant advancement for our business, and we believe that our successful progress is well demonstrated by the improvement in our adjusted OIBDA forecast for fiscal 2006 during a period in which we have been accelerating new market launches," continued Hutcheson. "In addition to the continued improvements that we have been making in our existing business, we have also made substantial advancements in our data initiatives. We have increased our expected 2006 capital expenditures to accommodate the acceleration of both new market launches and the upgrade of our networks to 1xEV-DO. The change in 2006 capital expenditures reflects a shift in spending to 2006 from 2007 and initial expenditures for the planned launch of markets in Rochester, NY and the markets we have agreed to acquire in the Carolinas. The breadth of services available through 1xEV-DO is expected to provide increased financial opportunities in the coming quarters and to further improve our competitive position. We believe that the Company's growing product portfolio, when coupled with our industry-leading cost structure, robustly differentiates our business offerings from others in today's competitive wireless marketplace.

"In addition, the Company has continued its detailed planning for the upcoming FCC Auction No. 66," concluded Hutcheson. "We believe that the spectrum available in the auction presents interesting prospects for expansion into markets that offer the potential for good returns for the business and our stockholders. As we make our final preparations for this auction, we are continuing to take a disciplined and considered approach to the capital market activities that would be required to fund the acquisition and subsequent build out of the spectrum we may purchase. The outcome of the auction will ultimately depend, however, on the availability of licenses that are attractive for our business at prices consistent with our desired return thresholds."

30.    On November 7, 2006, the Company issued a press release entitled "Leap Reports Consolidated Results for Third Quarter 2006 – Company's Strong Operational and Financial Performance During the Third Quarter Led by Solid Year-over-Year Growth in Net Customer Additions and Service Revenues," which stated in part:

-- Net customer growth of approximately 161,000 for the quarter, an increase of 138,000 from net customer additions of approximately 23,000 for the third quarter of 2005

-- Total consolidated revenue for the quarter of $287.5 million, a 25 percent increase from the third quarter of 2005

-- Consolidated operating income of $17.0 million

-- Consolidated net income of $10.0 million for the quarter, or $0.16 per diluted share

-- Adjusted consolidated operating income before depreciation and amortization (OIBDA) of $61.2 million

. . . Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the third quarter ended September 30, 2006 that included strong year-over-year improvements in customer growth and consolidated service revenues. The solid operational performance for the third quarter of 2006 was led by more than 405,000 gross customer additions and more than 161,000 net customer additions, representing an improvement of 138,000 net additions over the customer numbers reported for the third quarter of 2005. These results reflect net customer growth in Leap's Cricket® markets in operation as of December 31, 2005 and strong performance in new Cricket® markets launched during 2006. The Company's net customer additions for the third quarter of 2006 exclude the effect of the transfer of approximately 31,000 customers from the Company's network as a result of the sale of Leap's operating markets in Toledo and Sandusky, Ohio in July 2006.

The Company ended the quarter with 1,967,000 total customers, a customer churn rate of 4.3 percent, and demonstrated solid execution in the build-out, cost management, and launch of new markets. The financial and operating data presented in this press release, including customer information, reflect the consolidated results of Leap, its subsidiaries and its non-controlled joint ventures, Alaska Native Broadband 1, LLC (ANB 1), LCW Wireless, LLC (LCW Wireless) and Denali Spectrum, LLC (Denali).

"The Company produced attractive operating results, successfully launched a series of new markets, achieved outstanding results in Auction #66 and completed a series of capital market activities on favorable terms," said Doug Hutcheson, chief executive officer and president of Leap. "The Company continues to see good uptake of our products and services, with our third quarter growth alone approaching the customer activity we achieved in the first half of the year. Additionally, the Company and Denali were successful bidders on new wireless licenses in Auction #66 that will allow the Company and Denali to provide service to additional markets, and also will allow the Company to enrich its offerings in existing markets as a result of the purchase of additional spectrum in those markets. In conjunction with our capital market activities, we also announced a fully funded plan to launch up to an additional 24 million new covered POPs beginning in 2008. I am extremely proud of what our team has accomplished over the past few months."

Total revenues for the third quarter were $287.5 million, an increase of $57 million, or 25 percent, over total revenues of $230.5 million for the third quarter of 2005. Operating income for the third quarter was $17.0 million, compared to operating income of $28.6 million for the third quarter of 2005. Net income for the third quarter was $10.0 million, or $0.16 per diluted share. This compares to net income of $16.4 million, or $0.27 per diluted share, for the third quarter of 2005.

Adjusted OIBDA for the third quarter of 2006 was $61.2 million, down $5.3 million from adjusted OIBDA of $66.5 million for the third quarter of 2005, reflecting the impact of expected initial operating losses in newly launched Cricket markets. Adjusted OIBDA represents OIBDA adjusted to exclude the effects of: gain/loss on sale of wireless licenses and operating assets; impairment of indefinite-lived intangible assets; and share-based compensation expense.

"We are pleased to see our continued focus on operations drive attractive results in a quarter that had several large efforts underway," said Amin Khalifa,

executive vice president and chief financial officer of Leap. "We believe that the results we are reporting today show that Leap has continued to drive significant growth. For the quarter, consolidated service revenues grew a robust 29 percent year-over-year, driven primarily by a solid improvement in average revenue per user. In addition, we saw a significant acceleration in customer growth during the quarter, achieving the highest level of net additions in over four years. Looking forward to the remainder of 2006, we expect seasonally strengthening growth in net additions during the fourth quarter from markets in operation as of December 31, 2005 (our existing markets) and continued strong customer demand in new and recently launched Cricket markets."

Key operational and financial performance measures for the third quarter of 2006 were as follows:

-- Average revenue per user per month (ARPU) for the third quarter, based on service revenue, was a record $44.39, an improvement of $4.17 from the ARPU of $40.22 for the third quarter of 2005.

-- Cost per gross customer addition (CPGA) was $176 for the third quarter, compared with $142 for the third quarter of 2005, primarily reflecting lower net revenue per handset sold as a result of bundling the first month of service with the initial handset price, the elimination of activation fees for new customers purchasing equipment and increased selling and marketing costs attributable to new market launch activity.

-- Non-selling cash cost per user per month (CCU) was $20.74 for the third quarter, an increase of $1.22 from the CCU of $19.52 for the third quarter of 2005, primarily reflecting improved per user costs in existing markets offset by operating costs associated with new market launch activity.

-- Purchases of property and equipment (capital expenditures) for the quarter were $161.9 million, an increase of $123.2 million from the capital expenditures of $38.7 million for the third quarter of 2005, primarily reflecting new market development activities. Cumulative capital expenditures for the nine months ended September 30, 2006 were $348.9 million.

"The business delivered another quarter of strong growth in estimated adjusted OIBDA in our existing markets, with a year-over-year improvement of approximately 33 percent," continued Khalifa. "In addition, the launch and operation of new Cricket markets continues to be within our expected costs for capital expenditures and operating expenses. Looking forward to the coming year, we expect further improvements in existing market performance which, when coupled with the expected growth of newly launched markets, is anticipated to contribute to substantial adjusted consolidated OIBDA growth for 2007. In addition to the resulting improvements in our debt ratios, we anticipate that the business will be at or near free cash-flow break-even for 2007 before any significant Auction #66 launch expenses and after servicing our debt and capital spending."

Revised 2006 Business Outlook and Initial Outlook for 2007

The following forward-looking statements are based on management's existing plans and its review of current information, which is dynamic and subject to rapid, even abrupt change. The following forward-looking statements are qualified by that fact and speak only of management's views as of the date of this release. Leap does not undertake any obligation to update this information. Actual results

could differ materially from those stated or implied by such forward-looking statements due to risks and uncertainties associated with Leap's business. Factors that could cause actual results to differ from these forward-looking statements are described later in this release.

The Company's current outlook for fiscal year 2006 is:

-- Adjusted OIBDA is expected to be in the range of $276 million to $283 million, reflecting the Company's expectation for solid year-over-year growth in adjusted OIBDA in its markets in operation at the end of 2005, offset, in part, by negative OIBDA associated with newly launched markets. The Company's prior outlook for adjusted OIBDA was $265 million to $300 million.

-- Capital expenditures are expected to be between $525 million and $585 million, unchanged from the Company's previous outlook.

In addition to its revised full year outlook, Leap also announced that it expects total net customer additions to be between 160,000 and 260,000 for the fourth quarter of 2006, and that it expects fourth quarter customer churn to be between 3.9 and 4.2 percent. The Company also announced that for the fourth quarter of 2006, it anticipates adjusted OIBDA to be in the range of $58 million to $65 million.

The Company also provided an initial outlook for fiscal year 2007:

-- Leap expects to launch additional markets covering approximately 3 to 4 million potential customers by mid-2007, bringing total covered POPs in markets offering Cricket service to approximately 50 million.

-- Adjusted OIBDA is expected to be between $380 million and $450 million, reflecting the Company's expectation for continued adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets Leap and its joint ventures have launched and are expected to launch during 2006 and 2007.

-- Consolidated capital expenditures are expected to be between $240 million and $310 million, excluding any significant capital expenditures associated with the development of new markets expected to be acquired by Leap and Denali in Auction #66 and any capitalized interest costs associated with the Auction #66 markets.

"As 2007 approaches, we are excited by the opportunity to consolidate the tremendous gains we have achieved this year as we prepare for the new market growth anticipated from the launch of new Auction #66 markets in 2008 and beyond," concluded Hutcheson. "In the coming year, we intend to capitalize on the momentum produced in existing and new markets during 2006 to generate solid improvements in our financial performance which we expect to result from increased customer activity, higher overall average revenues per user, and our continued commitment to cost leadership as a primary element of our core business strategy. In addition, next year's capital expenditures will include the costs associated with completing our current launches and our ongoing capital expenses associated with operation of our markets that are 12 months or older. Looking forward, we expect that our disciplined approach to growth, combined with improving cash flow from operations, positions the Company well to execute on a plan for further expansion that we believe will enhance the value of the Company for its key stakeholders."

31.     On February 27, 2007, Leap issued a press release entitled "CORRECTING and REPLACING Leap Reports More than 260,000 Net Customer Additions in the Fourth Quarter and Completes Launch of Approximately 20 Million Covered POPs by Year End – Leap Finishes Year of Strong Execution with Solid Growth in Existing Markets, Launch of 14 New Markets, Purchase of Additional Spectrum and Enhanced Capital Structure." The press release stated in part:

> Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the fourth quarter and year ended December 31, 2006. Both periods showed significant growth in total consolidated revenues, lifted by strong year-over-year improvements in net customer additions and average revenue per user (ARPU).
>
> "Our 2006 results reflect well-executed strategies for growth, anchored on the distinct value of our unlimited service propositions and the low-cost structure supporting these strategies," said Doug Hutcheson, Leap's chief executive officer and president. "In 2006, Leap and its joint ventures expanded Cricket® coverage to approximately 48 million covered POPs, completing this process on time and within budget. Our fourth quarter and full year 2006 results reflect the contributions of this new market activity on customer additions, as well as the expected initial negative impact of new market launch activity on consolidated operating and net income."

32.     On May 8, 2007, Leap issued a press release entitled "Leap Reports 318,000 Net Customer Additions in First Quarter 2007, Nearly Triple Net Additions in First Quarter 2006; Company reports solid adjusted operating income before depreciation and amortization (OIBDA) of $81 million, up 38% compared to fourth quarter." The press release stated in part:

> Leap Wireless International, Inc., a leading provider of innovative and value-driven wireless communications services, today announced financial and operational results for the first quarter 2007. The company reported service revenues of $326.8 million, a 51 percent increase over the prior year quarter, driven by a 39 percent growth in weighted average customers and a nine percent rise in average revenue per user (ARPU). For the first quarter, the company posted adjusted operating income before depreciation and amortization (OIBDA) of $81.0 million, up $22.1 million from the fourth quarter of 2006, and up $2.4 million from the comparable period of the prior year, even after the company absorbed expenses associated with the cost of acquiring a substantial number of new customers and the impact of new markets launched in 2006. Operating income for the quarter was $4.4 million compared to $19.9 million for the first quarter of 2006, reflecting the impact of additional depreciation expense associated with new market expansion.
>
> "During the quarter, we saw continued strong customer acceptance of our unlimited value proposition as demonstrated not only by customer additions, but also by the continued acceptance of our higher-value service plans," said Doug Hutcheson, Leap's chief executive officer and president. "Our first quarter net customer additions were achieved from both the new markets launched in 2006 and our existing markets, which added approximately 102,000 net customers, a 24 percent increase over the prior year quarter. In addition, more than two-thirds of our

1    customers now subscribe to our $45 and higher service plans, resulting in record
2    ARPU of $45.52 for the quarter."

                        *        *        *

4    Adjusted OIBDA of $81 million for the quarter included $16 million of
5    negative OIBDA impact associated with the launch of 20 million new covered POPs
     in 2006. The company incurred a net loss of $8.1 million, compared to net income of
6    $17.7 million for the corresponding quarter of the prior year, which reflects the
     impact of additional depreciation and interest expense associated with new market
7    expansion and financing activities in 2006. Compared to the fourth quarter 2006 net
     loss of $39.4 million, the net loss improved by $31.3 million. Capital expenditures
     during the first quarter of 2007 were $131.7 million, relating primarily to the
     company's continued investment in new market build outs and network upgrades.

9    As of March 31, 2007, total unrestricted cash, cash equivalents and short-term
     investments were approximately $329 million. These amounts decreased by $112
10   million from the fourth quarter of 2006 due primarily to capital expenditures of $132
     million and the expected changes in working capital associated with fourth quarter
     market launches.

12   Said Amin Khalifa, executive vice president and chief financial officer, "Our
     adjusted OIBDA performance improved, even as we continued to absorb the
13   expected costs of acquiring new customers and the initial negative impact associated
     with the 2006 market launches. Additionally, we expect our 2006 market launches, in
14   the aggregate, to turn adjusted OIBDA positive by mid year 2007. Our existing
     markets, defined as those in operation at the end of 2005, delivered accelerated
15   customer growth, along with improved revenues and adjusted OIBDA. By mid year,
     we expect to launch new markets totaling approximately three million covered POPs,
     bringing our total covered POPs to approximately 51 million."

17   Continued Khalifa, "This year we are working to optimize our business in
     preparation for the opportunities ahead. We have initiatives underway in the areas of
18   product enhancements, system improvements, overall cost reductions and people
     development. Part of this optimization process includes further enhancements to our
19   service offerings and distribution efforts. As of today, we have established nearly 900
     "branded" Cricket® stores that effectively convert consumer interest into a customer
     purchase.

21   "During the quarter, customer churn followed normal seasonal patterns at 3.4
     percent, down 0.7 percentage points from the fourth quarter of 2006. Churn increased
22   0.1 percentage point from the prior year quarter, due primarily to a greater number of
     less-tenured customers who are more likely to churn and an increase in customers
     who deactivated their prior service in connection with handset upgrades.

24   "The Company continues to be successful in improving its capital structure.
     During the quarter, the company reduced the interest rate on its $895.5 million term
25   loan under its senior credit facility to LIBOR plus 225 basis points, reducing the
     spread by 50 basis points. We also acquired the remaining 25% minority interest in
26   ANB 1 from Alaska Native Broadband for $4.7 million," said Khalifa. "As we look
     ahead, we may raise significant additional capital over time, as market conditions
     permit, to enable us to take advantage of business expansion opportunities."

28   Second Quarter and Fiscal Year 2007 Business Outlook

                              - 36 -

Said Hutcheson, "In 2007, we are continuing our customer focus with new service plans, new data offerings, and enhanced market clusters, all aimed at increasing our market penetration and decreasing churn. In April, we announced major enhancements to our service plans, including free text, picture and instant messaging in all plans, and introduced new higher-value plans that include nationwide roaming minutes. These plans were crafted and test-marketed to improve our competitive position, while balancing customer use of off-network calling with our roaming costs. We have also introduced a new payment plan, called Cricket by Week™, to help customers retain their wireless service when they are low on cash."

Continued Hutcheson, "We are building a business to deliver what we believe is the best value proposition in the wireless marketplace, while maintaining our focus on cost leadership. As we move through the year, we anticipate sustained customer growth in both existing and new markets. Due to the inherent seasonality of our business, we expect second quarter net additions to be lower than the first quarter, but expect continued gains in net additions over prior year second quarter results. Overall, we expect adjusted OIBDA to increase each quarter through the end of this year, as we put the recent new market launch investments behind us."

The Company's outlook for second quarter 2007

— Net customer additions are expected to be between 125,000 and 175,000, fueled by both existing and new market customer activity.

— Customer churn is expected to be in the range of 4.1 percent to 4.4 percent, reflecting the traditional seasonal rhythms in churn and impacted by a greater number of less-tenured customers and increased customer handset upgrades.

— Adjusted OIBDA is expected to be between $105 million and $115 million, reflecting the Company's expectation for continued adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated operational and financial performance of the markets launched during 2006.

The Company's updated outlook for fiscal year 2007

— Leap expects to launch additional markets covering approximately three million potential customers by mid 2007, bringing total covered POPs in markets offering Cricket service to approximately 51 million. As a result of ongoing expansion of market footprints and new market launches, the company expects to cover up to an additional 4 million POPS by the end of 2007.

— Adjusted OIBDA is expected to be between $400 million and $470 million, reflecting projected adjusted OIBDA growth in the markets in operation at the end of 2005 and the anticipated performance of the markets launched in 2006. This outlook does not include any significant expenses associated with Auction #66 market development activities.

— Capital expenditures are expected to be $280 to $320 million, excluding approximately $110 million in capital expenditures associated with the development of new markets acquired by Leap and Denali in Auction #66 and capitalized interest costs.

1    33.    On May 30, 2007, Leap announced the Company was considering selling debt

2 securities through a private placement for the purposes of general corporate use and creating new

3 markets.

4    34.    Then, on August 7, 2007, the Company issued a press release entitled "Leap Reports

5 Second Quarter 2007 Adjusted OIBDA of $115 Million, Up 48% Compared to Prior Year Quarter,

6 New Markets in Aggregate Begin Contributing Positively to Adjusted OIBDA; Company Reports

7 127,000 Net Customer Additions, More Than Double Net Additions from Second Quarter 2006."

8 The press release stated in part:

9    Leap Wireless International, Inc., a leading provider of innovative and value-driven
wireless communications services, today announced financial and operational results
10    for the second quarter 2007. The company reported service revenues of $350.2
million, a 52 percent increase over the prior-year quarter, driven by a 45 percent
11    growth in weighted-average customers and a five percent rise in average revenue per
user (ARPU). In the second quarter, the company posted adjusted operating income
12    before depreciation and amortization (OIBDA) of $115.2 million, up $34.2 million
from the first quarter of 2007 and up $37.5 million from the comparable period of the
13    prior year. Operating income for the quarter was $36.9 million compared to $16.5
million for the second quarter of 2006.

14
   "In the second quarter, we continued to experience attractive customer
15    growth over the prior year period, including 115,000 net customer additions in the
new markets launched in 2006 and 2007. With the addition of 12,000 new customers
16    in existing markets during the quarter, net customer additions increased
approximately 60 percent over the prior year quarter and approximately 30 percent
17    during the first half of the year as compared to the prior year period, in each case
after adjusting for the sale of our Toledo and Sandusky, Ohio markets in 2006," said
18    Doug Hutcheson, Leap's chief executive officer and president. "During the quarter,
we saw strong acceptance of our new higher-value service plans from both new and
19    existing customers, resulting in ARPU of $45.13. As a result of the success we have
seen with the uptake of our new service plans, we expect to see continued upward
20    pressure on ARPU over the coming quarters, subject to normal seasonal fluctuations.
Second quarter ARPU declined from the first quarter of 2007 due to our typical
21    seasonal rhythms and customer deactivations associated with the increase in less-
tenured customers from our market launch successes."

22
                    *       *       *
23
   Adjusted OIBDA of $115.2 million for the second quarter benefited from a
24    higher weighted-average number of customers, increased ARPU and improved
operating expense leverage. In addition, adjusted OIBDA was aided by
25    approximately $3 million of contribution from new markets, which include nearly 20
million new covered POPs launched in 2006 and three million additional covered
26    POPs launched in the second quarter. During the quarter, as a result of amendments
to several agreements, we reduced our liability for the removal of equipment at
27    certain cell sites at the end of the lease term. This change resulted in a reduction of
approximately $6 million in cost of service. The company had net income of $3.2
28    million in the second quarter, compared to net income of $7.5 million for the

corresponding quarter of the prior year. The increase in operating income was more than offset by increases in interest and income tax expenses. Capital expenditures during the second quarter of 2007 were approximately $106 million, relating primarily to the company's continued investment in the existing business, new market development and network upgrades.

As of June 30, 2007, total unrestricted cash, cash equivalents and short-term investments were $684.8 million. These amounts increased by $355.6 million from the first quarter of 2007 due primarily to a private offering of senior notes in June that yielded approximately $371 million in proceeds.

Said Amin Khalifa, executive vice president and chief financial officer, "The markets we launched since the beginning of 2006 have now turned, in the aggregate, adjusted OIBDA positive, contributing to significant growth over the first quarter of 2007 and the prior year quarter. Our existing markets, defined as those in operation at the end of 2005, delivered 18 percent adjusted OIBDA growth over the prior year quarter due to net customer additions, higher ARPU, and operating expense leverage. In the second quarter, we launched new markets in Charleston, Rochester and Raleigh, adding nearly three million new covered POPs to our service, which brings our total covered POPs to approximately 51 million."

Continued Khalifa, "During the quarter, customer churn was 4.3 percent, up 0.7 percentage points from the prior year quarter. We estimate that approximately 0.4 percentage points of this increase are attributable to a year-over-year increase in the number of customers who upgraded their handsets by deactivating their existing line of service and then activating a new line of service. The remaining increase in customer churn is attributed to an approximately 20% decrease in average customer tenure over the prior year quarter, a by-product of our success in adding customers in our newly-launched markets, since less-tenured customers are more susceptible to churn.

"Our focus for 2007 is to optimize our current business and to take the initial steps for another round of expansion that will begin in earnest in 2008. In support of these efforts, we raised approximately $371 million in proceeds during the quarter through a private placement of senior notes at an effective interest rate of approximately eight percent. As a result of recent positive revisions to the company's credit ratings, the interest rate on our approximately $900 million term loan was reduced in the second quarter by 25 basis points to LIBOR plus 2.0%."

Additional Market and Business Developments

During the second quarter, Leap:

- Announced enhancements to service plans, including free unlimited text, picture and instant messaging in all plans, and introduced new higher-value $55 and $60 service plans that include nationwide roaming minutes.

- Introduced a popular Ringback tone feature and Cricket by Week service plan, which features unlimited wireless service on a week-to-week payment basis.

Third Quarter and Fiscal Year 2007 Business Outlook

Said Hutcheson, "We have demonstrated our ability to grow customers, revenue and ARPU in a very competitive environment and absorb impacts associated with the macroeconomic environment. As we outlined during our Leap Analyst Day in June, our current focus is to increase customer penetration through distinctive service plans, enhanced coverage in our markets, development of new markets and introduction of higher-speed data services, all while maintaining relentless attention to our cost leadership position.

"Due to high net customer additions we realized in the third quarter of 2006 as a result of new market launches, we expect third quarter 2007 net additions to be lower than the prior year quarter. As a result of the recent addition of less-tenured customers in our newly-launched markets, we expect to continue to see additional near-term pressure on churn, and our experience in our more established markets indicates that churn rates should improve as the newly-launched markets mature. We expect adjusted OIBDA in the third quarter to be approximately double the prior year quarter, before the effects of our major new initiatives."

Continued Hutcheson, "Over the last quarter, the company has further developed its plans with respect to our planned coverage expansion and higher-speed data services. In addition, we have more information about the government's spectrum clearing activities and have been able to refine our Auction #66 build-out plans. We are confident that these opportunities will create significant value and we will continue our disciplined approach to strengthen our business."

With the completion of the new market launches and aggregate adjusted OIBDA contributions from these markets, the company's outlook now combines the expected performance of our new and existing markets. In addition, we will begin reporting separately the results of the major new initiatives we are developing, similar to our prior reporting on the effects of the Auction #58 markets. These major new initiatives include our planned coverage expansion, Auction #66 market development and higher-speed data services.

*     *     *

The Company's updated outlook for fiscal year 2007

- As a result of ongoing expansion of market footprints, the company expects to cover up to an additional two million POPS by the end of 2007, bringing total covered POPs to approximately 53 million.

- Adjusted OIBDA is expected to be between $430 million and $460 million, which does not include approximately $25 to $35 million of negative adjusted OIBDA that we expect to incur to support our major new initiatives.

- Capital expenditures are expected to be $280 million to $320 million for the existing business, the costs associated with our launched markets to date, and the EVDO network upgrade, including capitalized interest costs. In addition, the company expects to invest approximately $200 million to $250 million in capital expenditures to support our major new initiatives, including capitalized interest costs.

The Company's outlook for fiscal year 2008

- 40 -

- With the planned coverage expansion and launches of Auction #66 markets, the company expects to cover up to an additional 20 to 28 million POPS by the end of 2008, bringing total covered POPs to between approximately 73 to 81 million by 2008 year end.

- Adjusted OIBDA for fiscal year 2008 is expected to be between $550 million and $650 million, which includes the effects of negative adjusted OIBDA that we expect to incur with respect to our planned coverage expansion, initial launches of Auction #66 markets and costs associated with initial higher-speed data service trials.

- Capital expenditures are expected to be $650 million to $850 million, which include the investments we expect to make for planned coverage expansion, initial launches of Auction #66 markets and initial higher-speed data services trials and exclude capitalized interest costs

35.     Upon this partial disclosure on August 8, 2007, Leap's stock collapsed $20.36 per share to close at $60.00 per share, a one-day decline of 25% on volume of 12.3 million shares, 15 times the average three-month volume.

36.     Then, on November 9, 2007, before the market opened, the Company issued a press release entitled "Leap Announces Restatement of Prior Period Results; Company Also Releases Preliminary Financial Results for the Third Quarter and Business Outlook for Fourth Quarter of 2007." The release stated in part:

Leap Wireless International, Inc. today announced that it will restate its financial statements for fiscal years 2004, 2005 and 2006 and for the first and second quarters of 2007 to correct for errors in previously reported service revenues, equipment revenues, and operating expenses. Over these periods, the restatements are expected to result in a net cumulative reduction of approximately $20 million in service revenues and approximately $20 million in operating income. The estimated effect of these errors on the Company's prior period results for service revenues and operating income is set forth below. Changes in net income (loss) will be determined following the Company's completion of its tax expense calculations for these periods. As a result of the pending restatements, the Company's previously issued financial statements for periods from fiscal year 2004 through the second quarter of 2007 should not be relied upon. In reaching this conclusion, the Company's management and Audit Committee have discussed the matters described in this press release with the Company's independent registered public accounting firm.

The restatements are the result of an internal review of the Company's service revenue activity and forecasting process that was initiated by management in September 2007 and are not attributable to any misconduct by Company employees. The expected adjustments to historical financial results do not change unrestricted cash, cash equivalents and short term investments as of June 30, 2007. In addition, they do not materially change the overall trend in service revenues, nor do they materially change overall trends in ARPU, CPGA, CCU or capital expenditures.

- 41 -

Finally, the expected adjustments do not impact previously reported results for net customer additions or churn.

Description of Accounting Errors

The most significant adjustment relates to the Company's prior accounting for a group of customers who voluntarily disconnected service. These customers comprised a small percentage of the Company's disconnected customers. For these customers, approximately one month of deferred revenue that was recorded when the customers' monthly bills were generated was mistakenly recognized as revenue after their service was disconnected. The Company also identified other errors relating to the timing and recognition of certain service revenues and operating expenses. The effect of the timing errors varied across periods. The error with the largest variation across periods related to the reconciliation of billing system data for pay in arrears customers. This error resulted in an understatement of revenue in 2004 and 2005 and an overstatement of revenue in subsequent periods as the number of pay in arrears customers in the Company's customer base declined.

In connection with management's review, errors were also identified relating to the classification of certain components of equipment revenues and cost of equipment. Prior to June 2007, approximately $120 million of revenue from the sale of equipment was offset against related cost of equipment and reported on a net basis. The reclassification of these revenues and costs on a gross basis will not impact operating income.

Estimated Adjustments to Prior Period Results

\*       \*       \*

The date and time of the Company's third quarter earnings release and conference call will be provided in a separate press release.

The pending restatements and preliminary third quarter results described above are subject to adjustment upon finalization of third quarter financial and operational results and completion of the audit and review of the Company's restated financial statements by its independent registered public accounting firm.

Business Outlook for Fourth Quarter of 2007

-- Net customer additions are expected to be between 70,000 and 130,000, reflecting normal seasonal rhythms and the maturation of the markets launched in 2006.

-- Customer churn is expected to be in the range of 4.4 percent to 4.7 percent, reflecting typical seasonal rhythms and the effects of customer handset upgrades and improving trends related to the percentage of less-tenured customers within our overall customer base.

-- Adjusted OIBDA is expected to be between $105 million and $115 million, bringing anticipated full year adjusted OIBDA to between $385 and $395 million. The Company's expectation for fourth quarter and full year adjusted OIBDA includes approximately $12 to $17 million of negative adjusted OIBDA we expect to incur to support our major new initiatives, including the Company's planned coverage expansion, higher-speed data services, Auction #66 build activity and other strategic activities.

Senior Secured Credit Agreement and Indenture

The restatements described above may result in a default under the senior secured credit agreement among Cricket Communications, Inc., Leap Wireless International, Inc., Bank of America, N.A. and certain lenders, under which approximately $890 million in borrowings is currently outstanding. This potential default arises from the Company's potential breach of representations regarding the presentation of its prior financial statements and not as a result of any non-compliance with its financial covenants. Notwithstanding any potential default, the Company expects to continue to make scheduled payments of principal and interest under the credit agreement. The Company is pursuing a waiver of any potential default from the credit agreement lenders. Unless waived by the required lenders, a default would permit the administrative agent to exercise its remedies under the credit agreement, including declaring all outstanding debt under the credit agreement to be immediately due and payable. An acceleration of the outstanding debt under the credit agreement would also trigger a default under Cricket's indenture governing its $1.1 billion of 9.375% senior notes due 2014. The Company anticipates that the required lenders under the credit agreement will agree to waive any potential default that may occur as a result of the restatements; however, such actions cannot be assured.

In conjunction with the waiver, the Company is also asking lenders to approve other amendments to the credit agreement, including an amendment that would provide that entry into an agreement leading to a change of control will no longer constitute an event of default, unless and until the change of control occurs.

37.     As a result, Leap's stock collapsed $21.38 per share to close at $36.72 per share, a one-day decline of 36% on volume of 11 million shares, 10 times the average three-month volume.

38.     The true facts, which were known by the defendants but concealed from the investing public during the Class Period, were as follows:

(a)     The Company's financial statements were materially misstated due to its failure to properly account for its service revenue in violation of GAAP;

(b)     The Company's financial statements were materially misstated due to its failure to properly account for its equipment revenue and cost of equipment in violation of GAAP;

(c)     The Company lacked requisite internal controls, and, as a result, the Company's projections and reported results issued during the Class Period were based upon defective assumptions and/or manipulated facts; and

(d)     Given the Company's exposure to subprime consumers and the intense competition in the low-cost cell carriers market Leap was facing, the Company had no reasonable

basis to make projections about its ability to maintain its customer turnover rate and net customer additions. As a result, the Company's projections issued during the Class Period were at a minimum reckless.

39.    As a result of defendants' false statements, Leap's stock price traded at inflated levels during the Class Period. However, after the above revelations seeped into the market, the Company's shares were hammered by massive sales, sending them down 62% from their Class Period high.

## LEAP'S FALSE FINANCIAL
## REPORTING DURING THE CLASS PERIOD

40.    In order to inflate the price of Leap's stock, defendants caused the Company to falsely report its results for 2004 through 2Q 2007 through improper accounting entries, which inflated the Company's revenue and net income. The Company subsequently has admitted that its financial statements for 2004 through 2Q 2007 should not be relied upon.

41.    The results for 2004 through 2Q 2007 were included in Form 10-Ks and 10-Qs filed with the SEC. The results were also included in press releases disseminated to the public.

42.    Leap has now admitted that it improperly accounted for its service and equipment revenue and operating expenses and will have to restate its results to remove improperly reported income and expenses, such that its 2004 through 2Q 2007 financial statements were not a fair presentation of Leap's results and were presented in violation of GAAP and SEC rules.

43.    GAAP are those principles recognized by the accounting profession as the conventions, rules and procedures necessary to define accepted accounting practice at a particular time. SEC Regulation S-X (17 C.F.R. §210.4-01(a)(1)) states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate, despite footnote or other disclosure. Regulation S-X requires that interim financial statements must also comply with GAAP, with the exception that interim financial statements need not include disclosure which would be duplicative of disclosures accompanying annual financial statements. 17 C.F.R. §210.10-01(a).

44.    The fact that Leap will restate its 2004 through 2Q 2007 financial statements and that such financial statements should no longer be relied upon is an admission that the financial statements originally issued were false and that the overstatement of income was material. Pursuant to GAAP, as set forth in Accounting Principles Board Opinion ("APB") No. 20, the type of restatement announced by Leap was to correct for material errors in its previously issued financial statements. *See* APB No. 20, ¶¶7-13. Moreover, FASB Statement of Financial Accounting Standard ("SFAS") No. 154, *Accounting Changes and Error Corrections*, ¶25, states: "Any error in the financial statements of a prior period discovered subsequent to their issuance shall be reported as a prior-period adjustment by restating the prior-period financial statements." Thus, GAAP provides that financial statements should be restated in order to correct an error in previously issued financial statements. Leap's restatement is due to an error. Thus, the restatement is an admission by Leap that its previously issued financial results and its public statements regarding those results were false.

45.    Due to these accounting improprieties, the Company presented its financial results and statements in a manner which violated GAAP, including the following fundamental accounting principles:

(a)    The principle that interim financial reporting should be based upon the same accounting principles and practices used to prepare annual financial statements was violated (APB No. 28, ¶10);

(b)    The principle that financial reporting should provide information that is useful to present and potential investors and creditors and other users in making rational investment, credit and similar decisions was violated (FASB Statement of Concepts No. 1, ¶34);

(c)    The principle that financial reporting should provide information about the economic resources of an enterprise, the claims to those resources, and effects of transactions, events and circumstances that change resources and claims to those resources was violated (FASB Statement of Concepts No. 1, ¶40);

(d)    The principle that financial reporting should provide information about how management of an enterprise has discharged its stewardship responsibility to owners (stockholders) for the use of enterprise resources entrusted to it was violated. To the extent that management offers

1    securities of the enterprise to the public, it voluntarily accepts wider responsibilities for

2    accountability to prospective investors and to the public in general (FASB Statement of Concepts

3    No. 1, ¶50);

4                    (e)    The principle that financial reporting should provide information about an

5    enterprise's financial performance during a period was violated. Investors and creditors often use

6    information about the past to help in assessing the prospects of an enterprise. Thus, although

7    investment and credit decisions reflect investors' expectations about future enterprise performance,

8    those expectations are commonly based at least partly on evaluations of past enterprise performance

9    (FASB Statement of Concepts No. 1, ¶42);

10                   (f)    The principle that financial reporting should be reliable in that it represents

11   what it purports to represent was violated. That information should be reliable as well as relevant is

12   a notion that is central to accounting (FASB Statement of Concepts No. 2, ¶¶58-59);

13                   (g)    The principle of completeness, which means that nothing is left out of the

14   information that may be necessary to insure that it validly represents underlying events and

15   conditions was violated (FASB Statement of Concepts No. 2, ¶79); and

16                   (h)    The principle that conservatism be used as a prudent reaction to uncertainty to

17   try to ensure that uncertainties and risks inherent in business situations are adequately considered

18   was violated. The best way to avoid injury to investors is to try to ensure that what is reported

19   represents what it purports to represent (FASB Statement of Concepts No. 2, ¶¶95, 97).

20        46.    Further, the undisclosed adverse information concealed by defendants during the

21   Class Period is the type of information which, because of SEC regulations, regulations of the

22   national stock exchanges and customary business practice, is expected by investors and securities

23   analysts to be disclosed and is known by corporate officials and their legal and financial advisors to

24   be the type of information which is expected to be and must be disclosed.

25                            **LOSS CAUSATION/ECONOMIC LOSS**

26        47.    By misrepresenting Leap's financial statements, the defendants presented a

27   misleading picture of its business and prospects. Thus, instead of truthfully disclosing during the

28

1    Class Period that Leap's business was not as healthy as represented, Leap falsely reported its
2    financial results and its actual business prospects going forward.

3        48.    These claims of profitability caused and maintained the artificial inflation in Leap's
4    stock price throughout the Class Period and until the truth was revealed to the market.

5        49.    Defendants' false and misleading statements had the intended effect and caused Leap
6    stock to trade at artificially inflated levels throughout the Class Period, reaching as high as $98.33
7    per share.

8        50.    On August 7, 2007, Leap announced disastrous 2Q 2007 results, including missing its
9    revenue projections, soaring expenses and a high customer turnover rate, causing its stock to decline
10   from $80.36 per share on August 7, 2007 to $60.00 per on August 8, 2007 – a one-day decline of
11   25%.

12       51.    Then, on November 9, 2007, before the market opened, defendants were forced to
13   publicly disclose that Leap would be required to restate its financial statements for fiscal years 2004,
14   2005, 2006 and for 1Q and 2Q of fiscal year 2007 to correct for errors in its previously reported
15   service revenues, equipment revenues and operating expenses, causing its stock to drop $21.38 per
16   share.

17       52.    As a direct result of defendants' admissions and the public revelations regarding the
18   truth about Leap's overstatement of income and its actual business prospects going forward, Leap's
19   stock price plummeted on November 9, 2007 to $36.72 per share, a one-day decline of $21.38 per
20   share.  This was in addition to the $20 per share drop in August 2007.  These drops removed the
21   inflation from Leap's stock price, causing real economic loss to investors who had purchased the
22   stock during the Class Period.

23                              **COUNT I**

24          **For Violation of §10(b) of the 1934 Act and Rule 10b-5**
25                       **Against All Defendants**

26       53.    Plaintiff incorporates ¶¶1-52 by reference.

27       54.    During the Class Period, defendants disseminated or approved the false statements
28   specified above, which they knew or deliberately disregarded were misleading in that they contained

1  misrepresentations and failed to disclose material facts necessary in order to make the statements

2  made, in light of the circumstances under which they were made, not misleading.

3       55.     Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

4            (a)     employed devices, schemes and artifices to defraud;

5            (b)     made untrue statements of material facts or omitted to state material facts

6  necessary in order to make the statements made, in light of the circumstances under which they were

7  made, not misleading; or

8            (c)     engaged in acts, practices and a course of business that operated as a fraud or

9  deceit upon plaintiff and others similarly situated in connection with their purchases of Leap

10 common stock during the Class Period.

11      56.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of

12 the market, they paid artificially inflated prices for Leap common stock.  Plaintiff and the Class

13 would not have purchased Leap common stock at the prices they paid, or at all, if they had been

14 aware that the market prices had been artificially and falsely inflated by defendants' misleading

15 statements.

16                          **COUNT II**

17            **For Violation of §20(a) of the 1934 Act**
                        **Against All Defendants**
18

19      57.     Plaintiff incorporates ¶¶1-56 by reference.

20      58.     The Individual Defendants acted as controlling persons of Leap within the meaning of

21 §20(a) of the 1934 Act.  By reason of their positions with the Company, and their ownership of Leap

22 stock, the Individual Defendants had the power and authority to cause Leap to engage in the

23 wrongful conduct complained of herein.  Leap controlled the Individual Defendants and all of its

24 employees.  By reason of such conduct, defendants are liable pursuant to §20(a) of the 1934 Act.

25                     **CLASS ACTION ALLEGATIONS**

26      59.     Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules

27 of Civil Procedure on behalf of all persons who purchased or otherwise acquired Leap common

28 stock during the Class Period (the "Class").  Excluded from the Class are defendants.

- 48 -

60.     The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court. Leap has over 68 million shares of stock outstanding, owned by hundreds if not thousands of persons.

61.     There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members include:

(a)     whether the 1934 Act was violated by defendants;

(b)     whether defendants omitted and/or misrepresented material facts;

(c)     whether defendants' statements omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;

(d)     whether defendants knew or deliberately disregarded that their statements were false and misleading;

(e)     whether the price of Leap common stock was artificially inflated; and

(f)     the extent of damage sustained by Class members and the appropriate measure of damages.

62.     Plaintiff's claims are typical of those of the Class because plaintiff and the Class sustained damages from defendants' wrongful conduct.

63.     Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests which conflict with those of the Class.

64.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment as follows:

A.     Declaring this action to be a proper class action pursuant to Fed. R. Civ. P. 23;

B.     Awarding plaintiff and the members of the Class damages, including interest;

C.     Awarding plaintiff reasonable costs and attorneys' fees; and

1       D.    Awarding such equitable/injunctive or other relief as the Court may deem just and

2 proper.

3 **JURY DEMAND**

4        Plaintiff demands a trial by jury.

5 DATED:  November 29, 2007

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI


DAVID C. WALTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

S:\CptDraft\Securities\Cpt Leap Wireless.doc

- 50 -

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

FRANK CHAREK ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

**Acquisitions:**

| Date Acquired | Number of Shares Acquired | Acquisition Price Per Share |
|---|---|---|
| 04-26-2007 | 250 | 79.52 |
| | | |
| | | |

**Sales:**

| Date Sold | Number of Shares Sold | Selling Price Per Share |
|---|---|---|
| | | |
| | | |
| | | |

5.    Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

6.    The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

LEAP WIRELESS

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _27_ day of _November_, 2007.

_[signature]_

FRANK CHAREK

- 2 -

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated

**DEFENDANTS**

LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA

**(b)** County of Residence of First Listed Plaintiff    **Ohio**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

David C. Walton, Coughlin Stoia Geller Rudman & Robbins LLP
655 W. Broadway, Ste. 1900, San Diego, CA 92101  619/231-1058

Attorneys (If Known)

**07 CV 2256 DMS CAB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. §§78j(b) and 78t(a)

Brief description of cause:
Complaint for Violation of the Federal Securities Laws

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE **Moskowitz**    DOCKET NUMBER **07cv2245-BTM**

DATE
11/29/2007

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 144906    AMOUNT $350    11/29/07 BH    APPLYING IFP    JUDGE    MAG. JUDGE

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144906    — BH**

**November 29, 2007
11:12:07**

**Civ Fil Non-Pris**
USAO #.: O7CV2256 CIVIL FILING
Judge..: DANA M SABRAW
Amount.:                          $350.00 CK
Check#.: BC# 50681

**Total–>  $350.00**

FROM: CHAREK V. LEAP WIRELESS
       CIVIL FILING