ORIGINAL

FILED
07 NOV 29 PM 11: 14

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
DAVID C. WALTON (167268)
CATHERINE J. KOWALEWSKI (216665)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
davew@csgrr.com
katek@csgrr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) LEAP WIRELESS INTERNATIONAL, INC., ) S. DOUGLAS HUTCHESON, MARK H. ) RACHESKY, AMIN I. KHALIFA, GLENN ) UMETSU and DEAN M. LUVISA, ) ) Defendants. ) | No. '07CV 2256 DMS CAB<br><br>CLASS ACTION<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2 |

1  Pursuant to Civil L.R. 40.2, the undersigned certified that as of this date, other than the
2  named parties, there is no such interest to report.

*[signature]*

ATTORNEYS OF RECORD FOR PLAINTIFF
FRANK CHAREK

S:\CptDraft\Securities\Not Leap Wireless.doc

- 1 -