ORIGINAL

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
DAVID C. WALTON (167268)
CATHERINE J. KOWALEWSKI (216665)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
davew@csgrr.com
katek@csgrr.com

Attorneys for Plaintiff

FILED
07 NOV 29 PM 11:14

KM
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>  Defendants. | No. '07CV 2256 DMS CAB<br><br>CLASS ACTION<br><br>NOTICE OF RELATED CASE |

1  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2          PLEASE TAKE NOTICE that pursuant to Local Rule 40.1(e) and (f) of this Court, plaintiff's
3  counsel in the above litigation hereby file this Notice of Related Case. The action identified below
4  involves the same events, and involves substantially the same facts, the same questions of law and
5  the same claims as the action herein. Assignment to a single judge and magistrate is therefore likely
6  to effect a savings of judicial effort and other economies.

| CASE | CIVIL NO. | DATE FILED |
|---|---|---|
| *HCL Partners Limited Partnership v. Leap Wireless International, Inc., et al.* | 07-CV-2245-BTM(NLS) | 11/27/07 |

10         WHEREFORE, plaintiff requests:

11         That this action, *Charek v. Leap Wireless International, Inc., et al.*, be assigned to the
12 Honorable Barry Ted Moskowitz, the Judge assigned to the low-numbered action, *HCL Partners*
13 *Limited Partnership v. Leap Wireless International, Inc., et al.*; and

14         That all subsequent related actions be assigned to the Honorable Barry Ted Moskowitz.

DATED: November 29, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI

_____
DAVID C. WALTON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

S:\CptDraft\Securities\Not2 Leap Wireless.doc

- 1 -