```
 1  LATHAM & WATKINS LLP
        Miles N. Ruthberg (Bar No. 086742)
 2      miles.ruthberg@lw.com
        Pamela S. Palmer (Bar No. 107590)
 3      pamela.palmer@lw.com
    633 West Fifth Street, Suite 4000
 4  Los Angeles, California 90071-2007
    Telephone: +1.213.485.1234
 5  Facsimile: +1.213.891.8763

 6  LATHAM & WATKINS LLP
        Kimberly Arouh Hicks (Bar No. 163285)
 7      kimberly.hicks@lw.com
        Jake Ryan (Bar No. 211899)
 8      jake.ryan@lw.com
    600 West Broadway, Suite 1800
 9  San Diego, California 92101-3375
    Telephone:  +1.619.236.1234
10  Facsimile:  +1.619.696.7419

11  Attorneys for Defendant
    Leap Wireless International, Inc.
12
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and PRICEWATERHOUSECOOPERS<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

CASE CAPTIONS CONTINUED ON NEXT PAGE

| | |
|---|---|
| FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFIA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2256 BTM (NLS) |
| DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters an appearance on behalf of named defendant Leap Wireless International, Inc. effective immediately in Civil Action Nos. 07-CV-2245 BTM (NLS), 07-CV-2256 BTM (NLS), and 07-CV-2297 BTM (NLS). Please add us to your proof of service mailing lists.

Dated: December 28, 2007

By /s/ Kimberly Arouh Hicks
Kimberly Arouh Hicks (Bar No. 163285)
E-mail: kimberly.hicks@lw.com

LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Attorneys for Defendant Leap Wireless International, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614705.1

2

No. 07 CV 2245 BTM (NLS)
NOTICE OF APPEARANCE OF COUNSEL