```
 1  LATHAM & WATKINS LLP
       Miles N. Ruthberg (Bar No. 086742)
 2     miles.ruthberg@lw.com
       Pamela S. Palmer (Bar No. 107590)
 3     pamela.palmer@lw.com
    633 West Fifth Street, Suite 4000
 4  Los Angeles, California 90071-2007
    Telephone: +1.213.485.1234
 5  Facsimile: +1.213.891.8763

 6  LATHAM & WATKINS LLP
       Kimberly Arouh Hicks (Bar No. 163285)
 7     kimberly.hicks@lw.com
       Jake Ryan (Bar No. 211899)
 8     jake.ryan@lw.com
    600 West Broadway, Suite 1800
 9  San Diego, California 92101-3375
    Telephone: +1.619.236.1234
10  Facsimile: +1.619.696.7419

11  Attorneys for Defendant
    Leap Wireless International, Inc.
12
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and PRICEWATERHOUSECOOPERS<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**PROOF OF SERVICE**<br><br>**RE: NOTICE OF APPEARANCE OF COUNSEL**<br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

CASE CAPTIONS CONTINUED ON NEXT PAGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614703.1

No. 07 CV 2245 BTM (NLS)
PROOF OF SERVICE RE: NOTICE OF APPEARANCE OF COUNSEL

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFIA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2256 BTM (NLS) |
| 9<br>10<br>11<br>12<br>13<br>14<br>15 | DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On **December 28, 2007**, I served the following document described as:

**NOTICE OF APPEARANCE OF COUNSEL**

by serving a true copy of the above-described document in the following manner:

///

///

///

///

///

///

2

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

*Attorneys for Plaintiff HCL Partners Limited Partnership:*

    Lionel Z. Glancy
    GLANCY BINKOW & GOLDBERG LLP
    1801 Avenue of the Stars, Suite 311
    Los Angeles, CA 90067
    Telephone: (310) 201-9150
    Facsimile: (310) 201-9160
    E-mail: info@glancylaw.com

*Attorneys for Plaintiff Frank Charek:*

    Darren J. Robbins
    COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: (619) 231-1058
    Facsimile: (619) 231-7423
    E-mail: darrenr@csgrr.com

*Attorneys for Plaintiff Devay Campbell:*

    Evan J. Smith
    BRODSKY & SMITH, LLC
    9595 Wilshire Blvd., Suite 900
    Beverly Hills, CA 90212
    Telephone: (310) 300-8425
    Facsimile: (310) 231-7423
    E-mail: esmith@brodsky-smith.com

    I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on December 28, 2007, at San Diego, California.

                        */s/ Katherine I. Carcella*
                        Katherine I. Carcella

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614703.1

No. 07 CV 2245 BTM (NLS)
PROOF OR SERVICE RE: NOTICE OF APPEARANCE OF COUNSEL