| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Miles N. Ruthberg (Bar No. 086742)<br>miles.ruthberg@lw.com |
|   | Pamela S. Palmer (Bar No. 107590) |
| 3 | pamela.palmer@lw.com |
|   | 633 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California 90071-2007 |
|   | Telephone: +1.213.485.1234 |
| 5 | Facsimile: +1.213.891.8763 |
| 6 | LATHAM & WATKINS LLP |
|   | Kimberly Arouh Hicks (Bar No. 163285) |
| 7 | kimberly.hicks@lw.com |
|   | Jake Ryan (Bar No. 211899) |
| 8 | jake.ryan@lw.com |
|   | 600 West Broadway, Suite 1800 |
| 9 | San Diego, California 92101-3375 |
|   | Telephone: +1.619.236.1234 |
| 10 | Facsimile: +1.619.696.7419 |
| 11 | Attorneys for Defendant |
|    | Leap Wireless International, Inc. |
| 12 | |
|    | Additional Counsel Listed on Signature Page |
| 13 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and PRICEWATERHOUSECOOPERS<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND ADDITIONAL FILING PERIODS**<br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

CASE CAPTIONS CONTINUED ON NEXT PAGE

| | |
|---|---|
| FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFIA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2256 BTM (NLS) |
| DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |

WHEREAS, the parties have conferred regarding the time in which Defendants must respond to the above-captioned actions;

WHEREAS, after the first-captioned action was filed, *HCL Partners LLC v. Leap Wireless International Inc.*, Case No. 07CC2245 (November 27, 2007) ("*HCL Partners*"), the next-captioned actions were filed in the United States District Court for the Southern District of California concerning the same federal subject matter and substantially similar claims, *Frank Charek v. Leap Wireless International, Inc.*, Case No. 07 CV 2256 (November 29, 2007) ("*Charek*"); and *Devay Campbell v. Leap Wireless International, Inc*, Case No. 07 CV 2297 (December 7, 2007) ("*Campbell*");

WHEREAS, the *Charek* action (initially assigned to Judge Sabraw) and the *Campbell* action (initially assigned to Judge Huff) were transferred to Judge Moskowitz pursuant the "Low Number" Rule on December 13, 2007 and December 14, 2007;

2

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO

SD\614617.3

No. 07 CV 2245 BTM (NLS)
JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINTS

1  WHEREAS, these actions are governed by the Private Securities Litigation Reform Act ("PSLRA") and are subject to motions for consolidation and for the appointment of a lead plaintiff and approval of lead plaintiff's selection of counsel prior to the filing of a Consolidated Complaint (15 U.S.C. § 78u-4(a)(3));

THEREFORE, the undersigned counsel jointly move for an order stating that:

1. The Defendants need not respond to the complaints filed in the above-captioned matters until after the matters are consolidated, a Lead Plaintiff is appointed, Lead Plaintiff's counsel is approved, and Lead Plaintiff files a Consolidated Complaint.

2. Absent further stipulation of the parties and order of the Court:

   a. The Lead Plaintiff shall have 45 days after appointment to file and serve a Consolidated Complaint;

   b. Defendants shall have 45 days in which to file and serve a motion to dismiss or otherwise respond to the Consolidated Complaint;

   c. The Lead Plaintiff shall have 45 days after defendants' motion to dismiss to file and serve an opposition; and

   d. Defendants shall have 30 days after Lead Plaintiff's opposition to file and serve a reply.

Dated: December 28, 2007

By /s/ Kimberly Arouh Hicks
Kimberly Arouh Hicks (Bar No. 163285)
E-mail: kimberly.hicks@lw.com

LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: +1.619.236.1234
Facsimile: +1.619.696.7419

Miles N. Ruthberg (Bar No. 086742)
Pamela S. Palmer (Bar No. 107590)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant Leap Wireless International, Inc.

1  Dated: December 28, 2007

By  *Michael Goldberg by KAH*
Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
E-mail: info@glancylaw.com

Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: +310.201.9150
Facsimile: +310.201.9160

SCHOENGOLD SPORN LAITMAN &
LOMETTI, P.C.
Joel P. Laitman (JL-8177)
Christopher Lometti (CL-9124)
Jay P. Saltzman (JS-7335)
Ashley Kim (AK-0105)
Frank R. Schittipa (FS-1960)
Daniel B. Rehns (DR-5506)
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: +212.964.0046
Facsimile: +212.267.8137

DAVIDOFF MALITO & HUTCHER, LLP
Ralph E. Preite, Esq.
605 Third Avenue
New York, New York 10158
Telephone: +212.557.7200
Facsimile: +212.286.1884

Attorneys for Plaintiff HCL Partners
Limited Partnership

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614617.3

No. 07 CV 2245 BTM (NLS)
JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINTS

| | | |
|---|---|---|
| 1 | Dated: December 28, 2007 | By /s/ Ramzi Abadou |
| 2 | | Ramzi Abadou |
| 3 | | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 4 | | Darren J. Robbins (Bar No. 168593) |
| 5 | | David C. Walton (Bar No. 167268) Catherine J. Kowalewski (Bar No. 216665) |
| 6 | | Ramzi Abadou (Bar No. 222567) |
| 7 | | 655 West Broadway, Suite 1900 San Diego, CA 92101 |
| 8 | | Telephone: +619.231.1058 Facsimile: +619.231.7423 |
| 9 | | Attorneys for Plaintiff Frank Charek |
| 10 | | |
| 11 | Dated: December 28, 2007 | |
| 12 | | By /s/ Evan Smith Evan Smith |
| 13 | | BRODSKY & SMITH, LLC E-mail: esmith@brodsky-smith.com |
| 14 | | Evan J. Smith (Bar No. 242352) 9595 Wilshire Blvd., Suite 900 |
| 15 | | Beverly Hills, CA 90212 Telephone: +310.300.8425 |
| 16 | | Facsimile: +310.247.0147 -and- |
| 17 | | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LP |
| 18 | | |
| 19 | | Richard A. Maniskas D. Seamus Kaskela |
| 20 | | 280 King of Prussia Rd. Radnor, PA 19087 |
| 21 | | Telephone: +610.667.7706 Facsimile: +610.667.7056 |
| 22 | | Attorneys for Plaintiff Devay Campbell |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN DIEGO

No. 07 CV 2245 BTM (NLS)
JOINT MOTION REGARDING EXTENSION OF TIME FOR
RESPONSE TO COMPLAINTS