| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Miles N. Ruthberg (Bar No. 086742)<br>miles.ruthberg@lw.com |
| 3 | Pamela S. Palmer (Bar No. 107590)<br>pamela.palmer@lw.com |
| 4 | 633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007 |
| 5 | Telephone: +1.213.485.1234<br>Facsimile: +1.213.891.8763 |
| 6 | LATHAM & WATKINS LLP |
| 7 | Kimberly Arouh Hicks (Bar No. 163285)<br>kimberly.hicks@lw.com |
| 8 | Jake Ryan (Bar No. 211899)<br>jake.ryan@lw.com |
| 9 | 600 West Broadway, Suite 1800<br>San Diego, California 92101-3375 |
| 10 | Telephone: +1.619.236.1234<br>Facsimile: +1.619.696.7419 |
| 11 | Attorneys for Defendant |
| 12 | Leap Wireless International, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and PRICEWATERHOUSECOOPERS<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**PROOF OF SERVICE**<br><br>RE: JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINT AND ADDITIONAL FILING PERIODS<br><br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

CASE CAPTIONS CONTINUED ON NEXT PAGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614673.1

No. 07 CV 2245 BTM (NLS)
PROOF OF SERVICE RE: JOINT MOTION REGARDING
EXTENSION OF TIME FOR RESPONSE TO COMPLAINTS

| | | |
|---|---|---|
| 1 2 3 4 5 6 7 8 | FRANK CHAREK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFIA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2256 BTM (NLS) |
| 9 10 11 12 13 14 15 | DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC. S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On **December 28, 2007**, I served the following document described as:

**JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINTS**

by serving a true copy of the above-described document in the following manner:

///

///

///

///

///

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614673.1

No. 07 CV 2245 BTM (NLS)
PROOF OR SERVICE RE: JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINTS

## BY ELECTRONIC FILING

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

*Attorneys for Plaintiff HCL Partners Limited Partnership:*

> Lionel Z. Glancy
> GLANCY BINKOW & GOLDBERG LLP
> 1801 Avenue of the Stars, Suite 311
> Los Angeles, CA 90067
> Telephone: (310) 201-9150
> Facsimile: (310) 201-9160
> E-mail: info@glancylaw.com

*Attorneys for Plaintiff Frank Charek:*

> Darren J. Robbins
> COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 231-1058
> Facsimile: (619) 231-7423
> E-mail: darrenr@csgrr.com

*Attorneys for Plaintiff Devay Campbell:*

> Evan J. Smith
> BRODSKY & SMITH, LLC
> 9595 Wilshire Blvd., Suite 900
> Beverly Hills, CA 90212
> Telephone: (310) 300-8425
> Facsimile: (310) 231-7423
> E-mail: esmith@brodsky-smith.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 28, 2007, at San Diego, California.

*[signature]*
Katherine I. Carcella

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614673.1

3

No. 07 CV 2245 BTM (NLS)
PROOF OR SERVICE RE: JOINT MOTION REGARDING EXTENSION OF TIME FOR RESPONSE TO COMPLAINTS