1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DANIEL S. DROSMAN (200643)
   655 West Broadway, Suite 1900
3  San Diego, CA  92101
   Telephone:  619/231-1058
4  619/231-7423 (fax)
   ddrosman@csgrr.com
5
   Attorneys for Plaintiff
6

7
                    UNITED STATES DISTRICT COURT
8
                    SOUTHERN DISTRICT OF CALIFORNIA
9

10 | FRANK CHAREK, Individually and On         )  No. 07-cv-02256-BTM-(NLS)
   | Behalf of All Others Similarly Situated,  )
11 |                                           )  CLASS ACTION
   |                         Plaintiff,        )
12 |                                           )  NOTICE AND RETURN OF WAIVERS OF
   |        vs.                                )  SERVICE OF SUMMONS
13 |                                           )
   | LEAP WIRELESS INTERNATIONAL, INC.,        )
14 | et al.,                                   )
   |                                           )
15 |                         Defendants.       )
   |                                           )
16

TO ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD

Plaintiff Frank Charek hereby gives notice of filing and files herewith the executed Waivers of Service of Summons for defendants S. Douglas Hutcheson, Mark H. Rachesky, Amin I. Khalifa, Glenn Umetsu, and Dean M. Luvisa (see Exhibit A hereto).  The waivers were signed by these individual defendants' counsel, who should be added to the Court and counsel's service lists, as follows: Keith Eggleton, Esq., Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304-1500, tel: 650-493-9300, fax: 650-493-6811.

DATED:  January 25, 2008                                COUGHLIN STOIA GELLER
                                                                                  RUDMAN & ROBBINS LLP
                                                                              DANIEL S. DROSMAN


                                                                                    s/ DANIEL S. DROSMAN
                                                                                     DANIEL S. DROSMAN

                                                                              655 West Broadway, Suite 1900
                                                                              San Diego, CA  92101
                                                                              Telephone:  619/231-1058
                                                                              619/231-7423 (fax)

                                                                              Attorneys for Plaintiff

S:\CasesSD\Leap Wireless 07\NOT00048714.doc

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 25, 2008.

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ddrosman@csgrr.com

07-cv-02256-BTM-(NLS)

# Mailing Information for a Case 3:07-cv-02256-BTM-NLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kimberly Arouh Hicks**
  kimberly.hicks@lw.com,laurie.holman@lw.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- 

```
Keith Eggleton
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA   94304-1500
```