1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
3  Julie B. Bai (227047)
   Email: Jbai@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO**
   **BURT & PUCILLO**
5  425 California Street, 21st Floor
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
8  **Attorneys for Proposed Lead Plaintiff Louisiana Municipal**
   **Police Employees' Retirement System**

9

10              **UNITED STATES DISTRICT COURT**

11              **SOUTHERN DISTRICT OF CALIFORNIA**

12
   HCL PARTNERS LIMITED PARTNERSHIP,   )  No. 07-CV-2245-BTM-NLS
13 on behalf of itself and all others similarly )
   situated,                           )  <u>CLASS ACTION</u>
14                                      )
                        Plaintiff,      )  **DECLARATION OF NICOLE**
15                                      )  **LAVALLEE IN SUPPORT OF THE**
        v.                              )  **LOUISIANA MUNICIPAL POLICE**
16                                      )  **EMPLOYEES' RETIREMENT**
   LEAP WIRELESS INTERNATIONAL, INC.,   )  **SYSTEM'S MOTION FOR**
17 S. DOUGLAS HUTCHESON, DEAN M.        )  **CONSOLIDATION OF RELATED**
   LUVISA, AMIN I. KHALIFA and          )  **ACTIONS, APPOINTMENT AS LEAD**
18 PRICEWATERHOUSECOOPERS, LLP,         )  **PLAINTIFF AND APPROVAL OF**
                                        )  **LEAD COUNSEL**
19                     Defendants.      )
                                        )  DATE:    March 28, 2008
20                                      )  TIME:    11:00 a.m.
                                        )  CTRM:    Courtroom 15 (5th Fl.)
21                                      )
                                        )  PER CHAMBERS, NO ORAL ARGUMENT
22                                      )  UNLESS REQUESTED BY COURT.

23              **CAPTION CONTINUES ON NEXT PAGE**
24
25
26
27
28

[07cv2245] DEC OF N. LAVALLEE ISO MPERS' MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| FRANK CHAREK, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>        Defendants. | No. 07-CV-2256-BTM-NLS<br><br>CLASS ACTION |
| DEVAY CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>        Defendants. | No. 07-CV-2297-BTM-NLS<br><br>CLASS ACTION |
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>     v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA,<br><br>        Defendants. | No. 08-CV-0128-BTM<br><br>CLASS ACTION |

[07cv2245] DEC OF N. LAVALLEE ISO MPERS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

1      I, Nicole Lavallee, declare as follows:

2      1.      I am a partner in the San Francisco office of Berman DeValerio Pease Tabacco

3  Burt & Pucillo.  I submit this declaration in support of the Motion Of Louisiana Municipal Police

4  Employees' Retirement System To Consolidate Related Actions, For Appointment As Lead

5  Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel.

6      2.      Attached as Exhibit 1 is true and correct copy of the November 27, 2007 notice

7  published on Market Wire by Schoengold Spron Laitman & Lometti, P.C.

8      3.      Attached as Exhibit 2 is true and correct copy of the November 28, 2007 notice

9  published on Market Wire by Schoengold Spron Laitman & Lometti, P.C.

10      4.      Attached as Exhibit 3 is a true and correct copy of the Certification Of R. Randall

11  Roche In Support Of The Motion Of Louisiana Municipal Police Employees' Retirement System

12  ("MPERS") For Appointment As Lead Plaintiff.

13      5.      Based on trading data provided by the MPERS, loss calculations were prepared

14  based on the first-in-first-out and the last-in-first-out loss methodologies for all the longest

15  alleged class period.  The loss calculations are attached hereto as Exhibit 4.

16      6.      Attached as Exhibit 5 is a true and correct copy of the Firm Resume of Berman

17  DeValerio Pease Tabacco Burt & Pucillo.

18      I hereby declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct.

20      Executed this 28th day of January 2008, at San Francisco, California.

21

22                    /s/ Nicole Lavallee

                          NICOLE LAVALLEE

23

24

25

26

27

28

[07cv2245] DEC OF N. LAVALLEE ISO MPERS' MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL      1