1 | Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermanesq.com
2 | Nicole Lavallee (165755)
Email: nlavallee@bermanesq.com
3 | Julie J. Bai (227047)
Email: jbai@bermanesq.com
4 | **BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
5 | 425 California Street, 21st Floor
San Francisco, CA  94104
6 | Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
7 |
8 | **Attorneys for Proposed Lead Plaintiff Louisiana Municipal
Police Employees' Retirement System**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS LLP,<br><br>    Defendants. | No. 07-CV-02245-BTM-NLS<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE** |

**CAPTION CONTINUES ON NEXT PAGE**

[07cv02245] CERTIFICATE OF SERVICE

| | |
|---|---|
| FRANK CHAREK, Individually and on behalf of all others similarly situated, | No. 07-CV-2256-BTM-NLS |
| Plaintiff, | CLASS ACTION |
| v. | |
| LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA, | |
| Defendants. | |
| DEVAY CAMPBELL, Individually and on behalf of all others similarly situated, | No. 07-CV-2297-BTM-NLS |
| Plaintiff, | CLASS ACTION |
| v. | |
| LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA, | |
| Defendants. | |
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated, | No. 08-CV-0128-BTM |
| Plaintiff, | CLASS ACTION |
| v. | |
| LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Tyler Kelly, declare that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California 94104. On January 28, 2008, I served the following documents:

1. NOTICE OF MOTION AND MOTION OF LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL;

3. DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL;

4. ORDER GRANTING THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

on the following parties, by placing same in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California:

**GLANCY BINKOW & GOLDBERG LLP**
One Embarcadero Center, Suite 760
San Francisco, CA 94111

Lionel Z. Glancy
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067

| | |
|---|---|
| 1 | Joel P. Laitman |
| 2 | Christopher Lometti |
|   | Jay P. Saltzman |
| 3 | Ashley Kim |
|   | Frank R. Schirripa |
| 4 | Daniel B. Rehns |
| 5 | **SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.** |
| 6 | 19 Fulton Street, Suite 406 |
|   | New York, NY 10038 |
| 7 | |
| 8 | Ralph E. Preite |
|   | **DAVIDOFF MALITO & HUTCHER LLP** |
| 9 | 605 Third Avenue |
|   | New York, NY 10158 |
| 10 | |
|    | *Counsel for HCL Partners Limited Partnership* |
| 11 | |
| 12 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 13 | 100 Pine Street, Suite 2600 |
|    | San Francisco, CA 94111 |
| 14 | |
| 15 | Darren J. Robbins |
|    | David C. Walton |
| 16 | Catherine J. Kowalewski |
|    | **COUGHLIN STOIA GELLER** |
| 17 | **RUDMAN & ROBBINS LLP** |
| 18 | 655 West Broadway, Suite 1900 |
|    | San Diego, CA 92101 |
| 19 | |
|    | *Counsel for Frank Charek* |
| 20 | |
| 21 | Evan J. Smith |
|    | **BRODSKY & SMITH, LLC** |
| 22 | 9595 Wilshire Boulevard, Suite 900 |
|    | Beverly Hills, CA 90212 |
| 23 | |
| 24 | Richard A. Maniskas |
|    | D. Seamus Kaskela |
| 25 | **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** |
| 26 | 280 King of Prussia Road |
|    | Radnor, PA 19087 |
| 27 | |
| 28 | *Counsel for Devay Campbell* |

| | |
|---|---|
| 1 | Laurence D. King |
| 2 | **KAPLAN FOX & KILSHEIMER LLP** |
| | 350 Sansome Street, Suite 400 |
| 3 | San Francisco, CA 94104 |
| 4 | |
| | Lori S. Brody |
| 5 | **KAPLAN FOX & KILSHEIMER LLP** |
| | 1801 Century Park East, Suite 1460 |
| 6 | Los Angeles, CA 90067 |
| 7 | |
| | Joel B. Strauss |
| 8 | Jeffrey P. Campisi |
| | **KAPLAN FOX & KILSHEIMER LLP** |
| 9 | 850 Third Avenue |
| | New York, NY 10022 |
| 10 | |
| 11 | Richard A. Lockridge |
| | Karen Hanson Riebel |
| 12 | Nathan D. Prosser |
| | **LOCKRIDGE GRINDAL NAUEN PLLP** |
| 13 | 100 Washington Avenue South, Suite 2200 |
| 14 | Minneapolis, MN 55401 |
| 15 | *Counsel for Kent Carmichael* |
| 16 | **LATHAM AND WATKINS** |
| 17 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-6538 |
| 18 | |
| 19 | Kimberly A. Hicks |
| | **LATHAM AND WATKINS** |
| 20 | 600 West Broadway, Suite 1800 |
| | San Diego, CA 92101-3375 |
| 21 | |
| 22 | *Counsel for Leap Wireless International, Inc.* |
| 23 | Keith Eggleton |
| | **WILSON SONSINI GOODRICH & ROSATI** |
| 24 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1500 |
| 25 | |
| 26 | *Counsel for Hutcheson, Rachesky, Khalifa, Umetsu, & Luvisa* |
| 27 | /// |
| 28 | /// |

[07cv2245] CERTIFICATE OF SERVICE                                                                                          4

1   I declare under penalty of perjury pursuant to the laws of the United States that the foregoing
2   is true and correct
3   Executed at San Francisco, California, on January 28, 2008.

*[signature]*
Tyler Kelly