1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DANIEL S. DROSMAN (200643)
   RAMZI ABADOU (222567)
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  ddrosman@csgrr.com

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 FRANK CHAREK, Individually and On      )  No. 07-cv-02256-BTM-(NLS)
   Behalf of All Others Similarly Situated, )
12                                          )  CLASS ACTION
                      Plaintiff,            )
13                                          )  NOTICE OF VOLUNTARY DISMISSAL
         vs.                                )  PURSUANT TO FED. R. CIV. P. 41(A)(1)
14                                          )
   LEAP WIRELESS INTERNATIONAL, INC., )
15 et al.,                                  )
                                            )
16                    Defendants.           )
                                            )

17

18

19

20

21

22

23

24

25

26

27

28

1 TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2      WHEREAS, class member Frank Charek filed a class action complaint on behalf of himself
3 and all others similarly situated against Leap Wireless International, Inc. on November 29, 2007,
4 captioned *Charek v. Leap Wireless International, Inc.*, Case No. 07-cv-02256-BTM-(NLS)
5 ("Complaint");

6      WHEREAS, no defendant in this action has answered or filed for summary judgment; and

7      WHEREAS, a class has not been certified in this action.

8      NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P.
9 41(a)(1), Frank Charek voluntarily dismisses the Complaint without prejudice.

10 DATED: January 30, 2008              COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
11                                       DANIEL S. DROSMAN
                                         RAMZI ABADOU

                                          s/ Ramzi Abadou
                                         RAMZI ABADOU

                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101
                                         Telephone: 619/231-1058
                                         619/231-7423 (fax)

                                         Attorneys for Plaintiff

S:\CasesSD\Leap Wireless 07\NOT00048824-Dism.doc

- 1 -                                              07-cv-02256-BTM-(NLS)

CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2008.

    s/ Ramzi Abadou
RAMZI ABADOU

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ramzia@csgrr.com

07-cv-02256-BTM-(NLS)

# Mailing Information for a Case 3:07-cv-02256-BTM-NLS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kimberly Arouh Hicks**
  kimberly.hicks@lw.com,laurie.holman@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com,stuiasosopo@bermanesq.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)